**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | CASE NO.: |
|---|---|
| Alan G. Tippie (CA State Bar No. 89587)<br>  atippie@sulmeyerlaw.com<br>Steven F. Werth (CA State Bar No. 205434)<br>  swerth@sulmeyerlaw.com<br>SulmeyerKupetz, A Professional Corporation<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520<br><br>*Attorney for:* BBeautiful, LLC, Chapter 11 Debtor | CHAPTER: 11<br>ADVERSARY NO.:<br>(if applicable) |

| In re:<br><br>    BBEAUTIFUL, LLC, a California limited liability company<br><br>                                                    Debtor(s). | **ELECTRONIC FILING DECLARATION<br>(CORPORATION/PARTNERSHIP)**<br><br>[LBR 1002-1(f)] |
|---|---|

☑ Petition, statement of affairs, schedules or lists          Date Filed:    January 2l, 2016
☐ Amendments to the petition, statement of affairs, schedules or lists          Date Filed:    _____
☐ Other *(specify)*: _____          Date Filed:    _____

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

January 20, 2016
_____
Date:

_____
Signature (handwritten) of authorized signatory of Filing Party

Helga Arminak
_____
Printed name of authorized signatory of Filing Party

President
_____
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part I - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

January 20, 2016
_____
Date:

_____
Signature (handwritten) of attorney for Filing Party

Alan G. Tippie
Steven F. Werth
_____
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                    F 1002-I.DEC.ELEC.FILING.NONINDIVIDUAL

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | BBEAUTIFUL, LLC, a California limited liability company |

| | | |
| --- | --- | --- |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  Chrislie Formulations |

| | | |
| --- | --- | --- |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-5922946 |

| | | |
| --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 1361 Mountain View Circle Azusa, CA 91702 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Los Angeles | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | www.bebeautiful.com |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership |
| | | ☐ Other. Specify: _____ |

Debtor    BBEAUTIFUL, LLC, a California limited liability company
_____    Case number (*if known*) _____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

4461

**8.    Under which chapter of the Bankruptcy Code is the Debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   BBEAUTIFUL, LLC, a California limited liability company _____   Case number (if known) _____
       Name

**11.  Why is the case filed in this district?**   Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .   Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 22, 2016
                MM / DD / YYYY

**X** /s/ Helga Arminak
Signature of authorized representative of debtor

Helga Arminak
Printed name

Title    Operating Manager

**18. Signature of attorney**

**X** /s/ Steven F. Werth                Date    January 22, 2016
Signature of attorney for debtor                MM / DD / YYYY

Steven F. Werth
Printed name

SulmeyerKupetz
Firm name

333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406
Number, Street, City, State & ZIP Code

Contact phone    213.626.2311        Email address    swerth@sulmeyerlaw.com

205434
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | BBEAUTIFUL, LLC, a California limited liability company |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FedEx Post Office Box 7221 Pasadena, CA 91109 | Telephone:  (800) 662-1147 BillingOnline@fedex.com | Business Debt | | | | $130,584.14 |
| TrueERP, Inc. 17744 Skypark Circle Irvine, CA 92614 | Telephone: (949) 474-4400 haziel.mitchell@trueerp.com | Business Debt | | | | $113,200.00 |
| Cal West/Vanitas, Inc. 21580 Wilmington Avenue Long Beach, CA 90810 | Telephone: (310) 834-8545 Facsimile: (310) 834-6420 sales@calwesternmfg.com | Business Debt | | | | $50,979.49 |
| FMK Labs 1690 North Delilah Street Corona, CA 92879 | Telephone:  (951) 736-1212 or (800) 584-2476 anna@fmklabs.com | Business Debt | | | | $45,571.65 |
| Ocean Blue, Inc. d/b/a Teamwork Packaging c/o Maxwell Blecher, Esq. Jennifer Elkayam, Esq. Blecher, Collins, et al. 515 South Figueroa Street Suite 1750 Los Angeles, CA  90071 <br><br> c/o Robert A. Wilks, Esq. 1801 Parkcourt Place Suite F-102 Santa Ana, CA 92701 | Telephone: (213) 622-4222 Facsimile: (213) 622-1656 mblecher@blechercollins.com <br><br><br><br><br> Telephone:  (714) 838-2830 | Pending Litigation | Contingent Unliquidated Disputed | | | $26,213.00 |
| Cosmetic Enterprises, Ltd. 12846 Pierce Street Pacoima, CA 91331 | Telephone: (818) 896-5355 grants@zerranhaircare.com | Business Debt | | | | $18,299.85 |
| Dot Graphics 9655 De Soto Avenue Chatsworth, CA 91311 | Telephone: (805) 857-9046 or (818) 341-6666 Extension 238 brian@dotgraphics.net terryc@dotgraphics.net | Business Debt | | | | $13,300.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PR Newsire/MultiVu G.P.O. Box 5897 New York, NY 10087 | Telephone: (888) 753-6288 Amanda.Dunn@prnewswire.com | Business Debt | | | | $5,824.00 |
| A & K Labels, Inc. 3177 Glendale Boulevard Los Angeles, CA 90039 | Telephone: (323) 662-4511 Facsimile: (323) 913-2041 www.aklabels.com | Business Debt | | | | $5,452.60 |
| Repetoire Consulting LLC Compliance 32740 Ortega Highway Lake Elsinore, CA 92530 | Telephone: (714) 334-3733 melanie@repertoireconsulting.com | Business Debt | | | | $4,590.00 |
| New Look Cosmetics 20200 Sunburst Street Chatsworth, CA 91311 | Telephone: (818) 576-9888 joannew@newlookcosmetics.com | Business Debt | | | | $4,072.95 |
| Kindvast Paper Display Co., Ltd. Headquaters - Building A No. 1 Furul Road Fuyong Street Shenzhen, Guangdong 518103 China | Telephone: (86 755) 27884116, Extension 6 Facsimile: (86 755) 27884116 RosaeZhuang@hotmail.com | Business Debt | | | | $2,894.20 |
| Select Staffing Corporate Office: 3820 State Street Santa Barbara, CA 93105 Post Office Box 512007 Los Angeles, CA 90051 | Telephone: (805) 822-2200 or (626) 331-6339 Adriana.Arias@select.com | Business Debt | | | | $2,707.14 |
| Multiview, Inc. 7701 Las Colinas Ridge Suite 800 Irving, TX 75063 Post Office Box 202696 Dallas, TX 75320 | Telephone: (972) 402-7070 ar@Multiview.com | Business Debt | | | | $2,650.00 |
| Michelle Money | michellebrielle@gmail.com | Business Debt | | | | $2,000.00 |
| Wrike, Inc. 200 West Evelyn Avenue Mountain View, CA 94041 | Telephone: (650) 318-3551 support@team.wrike.com | Business Debt | | | | $2,000.00 |
| Panjiva, Inc. Post Office Box 674917 Detroit, MI 48267 | Telephone: (646) 205-0594 | Business Debt | | | | $1,990.00 |
| Acorn Paper Products Company 3686 East Olympic Boulevard Los Angeles, CA 90023 | Telephone: (323) 268-0507 Facsimile: (323) 262-8517 | Business Debt | | | | $1,950.00 |
| Creative Age/Launchpad 7628 Densmore Avenue Van Nuys, CA 91406 | Telephone: (818) 782-7328 dtimsit@creativeage.com | Business Debt | | | | $1,625.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor  BBEAUTIFUL, LLC, a California limited liability company
    Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 220 Labs<br>2375 3rd Street<br>Riverside, CA  92507 | Telephone:  (818) 426-6411<br>Jliberal@220labs.com | Business Debt | | | | $1,330.80 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

## ACTION BY WRITTEN CONSENT
## OF THE MEMBERS OF
## BBEAUTIFUL, LLC

The undersigned, holding 99% of the membership interests of **BBeautiful, LLC,** a California limited liability company (the "Company"), and acting as the Operating Manager of the Company pursuant to the authority granted under Article IV, Section 6 of that certain Operating Agreement of BBeautiful, LLC dated as of May 20, 2010 (the "Operating Agreement"), hereby consent to and adopt the following resolutions by written consent:

**NOW, THEREFORE, BE IT RESOLVED,** that in the judgment of the Members (as such term is defined in the Operating Agreement), it is desirable and in the best interests of the Company and its creditors that a voluntary petition (the "Chapter 11 Petition") be filed by the Company in the United States Bankruptcy Court (the "Court"), commencing a case (the "Chapter 11 Case") under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"); and it is further

**RESOLVED,** that the Operating Manager (as such term is defined in the Operating Agreement) including, without limitation, its successor, assign and/or heir, as applicable (individually and collectively, the "Manager"), and any officer of the Company acting under the direction of the Manager (the "Appropriate Officers") are hereby authorized to execute, or cause to be executed under such Manager's or officers' authority, in the name and on behalf of the Company, all pleadings and documents in connection with the Company's Chapter 11 Case that are necessary or appropriate to the commencement and successful prosecution of the Chapter 11 Case, including, without limitation, the Chapter 11 Petition; and it is further

**RESOLVED,** that the Manager and Appropriate Officers are hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to deliver all necessary documents on behalf of the Company in connection with the Chapter 11 Case; and it is further

**RESOLVED,** that the Company, as debtor and debtor in possession, is authorized to file a Plan of Reorganization (the "Plan") and such related documents as reasonable and appropriate to effectuate the terms of the Plan; and it is further

**RESOLVED,** that to effectuate the terms and conditions of the Plan, the Manager and Appropriate Officers are hereby authorized to execute, or cause to be executed under such Manager's or officers' authority, in the name and on behalf of the Company, all documents, instruments and agreements that are necessary or appropriate in connection with the transactions contemplated under the Plan, with such changes and modifications as are acceptable to the Manager, including, without limitation, the Disclosure Statement; and it is further

**RESOLVED,** that the Company is authorized and directed to continue to retain the law firm of SulmeyerKupetz, a professional corporation, to represent the Company as general bankruptcy counsel in the Chapter 11 Case; and it is further

**RESOLVED**, that the Company is authorized to retain and employ such other professionals as are needed to assist the Company in the Chapter 11 Case and to take all necessary actions in connection therewith and on such terms as are deemed by the Manager as necessary, proper and desirable; and it is further

**RESOLVED**, that the Manager and Appropriate Officers are authorized to take any and all further actions and to execute and deliver any and all further instruments and documents and to pay all expenses, in each case as in the Manager's or Appropriate Officers' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

**RESOLVED**, that this consent may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument.

*[Remainder of page intentionally left blank]*

**IN WITNESS WHEREOF**, the undersigned holders of 99% of the membership interests of the Company have executed this Written Consent of the Members of BBeautiful, LLC.

Dated:  January 21, 2016

By: _____
Name: Helga Arminak
Operating Manager, BBeautiful, LLC

BBEAUTIFUL, LLC, a California limited liability company
1361 Mountain View Circle
Azusa, CA 91702


Alan G. Tippie
Steven F. Werth
SulmeyerKupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406

OUST-LA
915 Wilshire Boulevard
Suite 1850
Los Angeles, CA 90017

220 Labs
2375 3rd Street
Riverside, CA 92507


A & K Labels, Inc.
3177 Glendale Boulevard
Los Angeles, CA 90039


Acorn Paper Products Company
3686 East Olympic Boulevard
Los Angeles, CA 90023


Anne Singer, Esq.
A. Singer & Associates Inc.
199 West Hillcrest Drive
Thousand Oaks, CA 91360


Athens Services
Post Office Box 60009
City of Industry, CA 91716


Athens Services
14048 East Valley Boulevard
La Puente, CA 91746


Azusa Light & Water
Post Office Box 7030
Artesia, CA 90702


Azusa Light & Water
729 North Azusa Avenue
Azusa, CA 91702

Bank of America
Doc Retention - GCF
CT2-515-BB-03
70 Batterson Park Road
Farmington, CT 06032


Bank of America Merchant Services
1231 Durrett Lane
Louisville, KY 40213


Bank of America Merrill Lynch
Attn: Tayo Okusanya, Manager
35 North Lake Avenue
9th Floor
Pasadena, CA 91101


Barry K. Rothman, Esq.
Law Offices of Barry K. Rothman
1901 Avenue of the Stars
Suite 370
Los Angeles, CA 90067


Cal West/Vanitas, Inc.
21580 Wilmington Avenue
Long Beach, CA 90810


Cosmetic Enterprises, Ltd.
12846 Pierce Street
Pacoima, CA 91331


Creative Age/Launchpad
7628 Densmore Avenue
Van Nuys, CA 91406


Dot Graphics
9655 De Soto Avenue
Chatsworth, CA 91311

E.R.S. Security Alarm Systems, Inc.
4538 Santa Anita Avenue
El Monte, CA 91731


Employment Development Dept.
Bankruptcy Group MIC 92E
Post Office Box 826880
Sacramento, CA 94280


FedEx
Post Office Box 7221
Pasadena, CA 91109


FMK Labs
1690 North Delilah Street
Corona, CA 92879


Franchise Tax Board
Bankruptcy Unit, MS:A-340
Post Office Box 2952
Sacramento, CA 95812-2952


Helga Arminak
2312 Kinclair Drive
Azusa, CA 91702


Helga Arminak
2312 Kinclair Drive
Pasadena, CA 91107


Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101

J. Rick Tache/Susan Heller, Esqs.
Greenberg Traurig, LLP
3161 Michelson Drive
Suite 1000
Irvine, CA 92612


Kindvast Paper Display Co., Ltd.
Headquarters - Building A
No. 1 Furul Road, Shenzhen
Guangdong 518103
China


Level (3) Communications
TW Telecom Holdings, LLC
Agent: CT Corporation System
818 West 7th Street
Los Angeles, CA 90071


Los Angeles County Tax Collector
Post Office Box 54110
Los Angeles, CA 90054-0110


Maxwell Blecher/Jennifer Elkayam
Blecher, Collins, Pepperman & Joy
515 South Figueroa Street
Suite 1750
Los Angeles, CA 90071


Michelle Money


Multiview, Inc.
Post Office Box 202696
Dallas, TX 75320


Multiview, Inc.
7701 Las Colinas Ridge
Suite 800
Irving, TX 75063

New Look Cosmetics
20200 Sunburst Street
Chatsworth, CA 91311


Ocean Blue, Inc.
Teamworkwork Packaging
Post Office Box 33056
Riverside, CA 92519


Ocean Blue, Inc. d/b/a
Teamwork Packaging
c/o Robert A. Wilks, Esq.
1801 Parkcourt Place, Suite F-102
Santa Ana, CA 92701


Panjiva, Inc.
Post Office box 674917
Detroit, MI 48267


PR Newsire/MultiVu
G.P.O. Box 5897
New York, NY 10087


Repetoire Consulting LLC
Compliance
32740 Ortega Highway
Lake Elsinore, CA 92530


Robert A. Wilks, Esq.
Law Offices of Robert A. Wilks
1801 Parkcourt Place
Suite F-102
Santa Ana, CA 92701


Select Staffing
Post Office Box 512007
Los Angeles, CA 90051

Select Staffing
Corporate Office
3820 State Street
Santa Barbara, CA 93105


State Board of Equalization
Post Office Box 942879
Sacramento, CA 94279-6001


Successor Directors Management LLC
1125 East Broadway
Suite 85
Glendale, CA 91205


The Gas Company
Post Office Box C
Monterey Park, CA 91756


The Gas Company
555 West 5th Street
Los Angeles, CA 90013


Too Faced Cosmetics, LLC
J. Rick Tache/Susan Heller, Esqs.
Greenberg Traurig, LLP
3161 Michelson Drive, Suite 1000
Irvine, CA 92612


TrueERP, Inc.
17744 Skypark Circle
Irvine, CA 92614


U.S. Securities Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street
Suite 900
Los Angeles, CA 90071

Wrike, Inc.
200 West Evelyn Avenue
Mountain View, CA 94041


Yes Online, Assignee of Record for
Repetoire Consulting, LLC
c/o Anne Singer, Esq.
199 West Hillcrest Drive
Thousand Oaks, CA 91360