PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT (State Bar No. 89395)
ASSISTANT UNITED STATES TRUSTEE
KELLY L. MORRISON (State Bar No. 216155)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017-3560
Telephone:    (213) 894-2656
Facsimile:    (213) 894-2603
Email:    *Kelly.L.Morrison@usdoj.gov*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BBEAUTIFUL, LLC, a California limited liability company,<br><br>Debtor. | Case No. 2:16-bk-10799 ER<br><br>Chapter 11<br><br>**UNITED STATES TRUSTEE'S LIMITED OPPOSITION TO DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT AND/OR HONORING OF PREPETITION EMPLOYEE COMPENSATION, BENEFITS, WITHHOLDING TAXES AND RELATED EMPLOYEE CLAIMS**<br><br>Hearing<br>Date:    February 3, 2016<br>Time:    10:00 a.m.<br>Ctrm:    1560 |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, DEBTOR'S COUNSEL, AND ALL PARTIES-IN-INTEREST:**

Peter C. Anderson, the United States Trustee for Region 16 (the "United States Trustee"), hereby opposes, on a limited basis, to Debtor's Emergency Motion (the "Compensation Motion") for Order

Authorizing Payment and/or Honoring of Prepetition Employee Compensation, Benefits, Withholding Taxes, and Related Employee Claims.

### I. THE DEBTOR IS NOT ALLOWED TO PAY ANY PRE-PETITON WAGES TO INSIDERS IN CONNECTION WITH THE COMPENSATION MOTION.

Local Bankruptcy Rule 2014-1(a), which states that:

> (1) Notice of Setting/Increasing Compensation. No compensation or other remuneration may be paid from the assets of the estate to a debtor's owners, partners, officer, directors, shareholders, or relatives of insiders as identified by 11 U.S.C. §101(31), from the time of the filing of the petition under the confirmation of a plan . . . unless the debtor serves a Notice of Setting/Increasing Insider Compensation ("Notice") in accordance with procedures adopted by the United States trustee pursuant to this rule.

The United States Trustee does not object to the Debtor's proposed payment to its non-insiders Employees for their pre-petition wages as set forth in the Compensation Motion. The United States Trustee also understands that two of the Debtor's Employees are insiders and the Debtor is not seeking to pay any post-petition wages to insiders.[1] Nonetheless, the Debtor is seeking to pay its insiders their pre-petition wages in connection with the Compensation Motion.[2] This is not appropriate. The Debtor's insiders may not receive any compensation, pre-petition or post-petition, until and unless a Notice of Insider Compensation is served and the objection period has expired.

///

///

///

---

[1] *See* Compensation Motion filed January 28, 2016, at p. 3:3-9. The insiders are Tom Habrock and Carolina Kishimoto.

[2] *Id.*

## II. THE DEBTOR SHOULD NOT BE AUTHORIZED TO PAY MORE THAN THE STATUTORY LIMIT ESTABLISHED BY 11 U.S.C. § 507(a)(4).

Pursuant to the Compensation Motion, the Debtor also proposes to pay one of the insiders, Ms. Kishimoto, $13,763.[3] The Debtor acknowledges that this amount actually exceeds the statutory limit set by 11 U.S.C. § 507(a)(4) of $12,475 by $1,288.[4]

Section 507(a)(4) gives priority in distribution to claims of employees of the debtor for prepetition wages, salaries and commissions under subsection (a)(4)(A), and claims of certain independent contractors for prepetition commissions earned from the debtor under subsection (a)(4)(B). *See* 11 U.S.C. § 507(a)(4); *see also*, 4 Resnick and Sommer, *Collier on Bankruptcy*, P507.06[3][b] at 507-29 - 507-30 (16th ed. 2015). *See also* 2 March, Ahart and Shapiro, *California Practice Guide: Bankruptcy*, P 11:386 at 11-45 (2014) ["Most courts allow payment of prepetition employee wages **up to the priority amount** under the 'necessity of payment' doctrine, which permits immediate payment of creditors who will not supply services or material essential to the conduct of the business until their prereorganization claims are paid" (emphasis added), *citing In re Ionosphere Clubs, Inc.*, 98 B.R. 174, 175-176 (Bankr. S.D.N.Y. 1989) and *In re Gulf Air, Inc.*, 112 B.R. 152, 153-154 (Bankr. W.D. La. 1989)].

Here, Debtor seeks to pay more than the statutory limit. This request cannot be approved. Ms. Kishimoto should be paid only up to the statutory limit of $12,475 proscribed by 11 U.S.C. § 507(a)(4).

///

///

///

---

[3] *See* Compensation Motion at p.5: 3-11.

[4] *Id.*

III. **CONCLUSION**

For the foregoing reasons, the United States Trustee submits his limited opposition to the approval of the Debtor's Compensation Motion.[5]

DATED: February 1, 2016

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _____
KELLY L. MORRISON
Trial Attorney

---

[5] The United States Trustee reserves the right to supplement, modify, and amend this Objection in writing or orally at the hearing.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document entitled (*specify*): **UNITED STATES TRUSTEE'S LIMITED OPPOSITION TO DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT AND/OR HONORING OF PREPETITION EMPLOYEE COMPENSATION, BENEFITS, WITHHOLDING TAXES AND RELATED EMPLOYEE CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 1, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **February 1, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 1, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 1, 2016 | Sonny Flores | /s/ Sonny Flores |
|---|---|---|
| Date | Print Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

   Kelly L Morrison, counsel for UST, kelly.l.morrison@usdoj.gov
   Alan G Tippie, counsel for Debtor, atippie@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;atippie@ecf.inforuptcy.com;ppenn@ecf.inforuptcy.com
   United States Trustee (LA), UST, ustpregion16.la.ecf@usdoj.gov
   Steven Werth, counsel for Debtor, swerth@sulmeyerlaw.com,
   asokolowski@sulmeyerlaw.com;slee@sulmeyerlaw.com;slee@ecf.inforuptcy.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com
   Hatty K Yip, counsel for UST, hatty.yip@usdoj.gov

   *SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

   **Debtor:**
   BBeautiful, LLC
   1361 Mountain View Circle
   Azusa, CA 91702

3. **SERVED BY FEDERAL EXPRESS OVERNIGHT MAIL** (Pursuant to the UST's agreement with the Bankruptcy Judge's Courtesy Copy was mailed Federal Express overnight mail to the following address.)

   **Judge's Copy**
   Honorable Ernest M. Robles
   U.S. Bankruptcy Court
   255 E. Temple Street, Room 940
   Los Angeles, CA 90012
   Attn: Mail Room Clerk-Judges Copies

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**