1  Alan G. Tippie (CA Bar No. 89587)
       *atippie@sulmeyerlaw.com*
2  Steven F. Werth (CA Bar No. 205434)
       *swerth@sulmeyerlaw.com*
3  **SulmeyerKupetz**
   A Professional Corporation
4  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California  90071-1406
5  Telephone: 213.626.2311
   Facsimile: 213.629.4520
6
   Bankruptcy Counsel for Debtor and Debtor in Possession
7  BBeautiful, LLC

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                  **LOS ANGELES DIVISION**

| 11 | In re: | Case No. 2:16-bk-10799-ER |
|----|--------|---------------------------|
| 12 | BBEAUTIFUL, LLC, | Chapter 11 |
| 13 | a California limited liability company, | **DEBTOR'S NOTICE THAT CHAPTER 11 CASE IS A SMALL BUSINESS CASE PURSUANT TO 11 U.S.C. § 101(51C)** |
| 14 | Debtor. | |
| 15 | | [No Hearing Required] |
| 16 | | |
| 17 | Tax ID # 20-5922946 | |

18

19          **PLEASE TAKE NOTICE** that BBeautiful, LLC, a California limited liability

20  company, debtor and debtor-in-possession in this bankruptcy case, falls within the definition of

21  "small business debtor" as set forth in 11 U.S.C. § 101(51D)(A), as the Debtor has aggregate debts

22  as of the date of filing its petition of less $2,490,925.00 (excluding debts owed to affiliates and

23  insiders).  As such, this bankruptcy case is a "small business case" as that term is defined in 11

24  U.S.C. § 101(51C).

25

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1 | DATED:  February 5, 2016

**Sulmeyer**Kupetz
A Professional Corporation


By: _____

Steven F. Werth
Attorneys for BBeautiful, LLC

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL  213.626.2311 • FAX  213.629.4520

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ALS\ 2460628.1

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S NOTICE THAT CHAPTER 11 CASE IS A SMALL BUSINESS CASE PURSUANT TO 11 U.S.C. § 101(51C)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 5, 2016 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kelly L Morrison**    on behalf of U.S. Trustee United States Trustee (LA) - kelly.l.morrison@usdoj.gov
- **Alan G Tippie**    on behalf of BBeautiful, LLC, a California limited liability company - atippie@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;atippie@ecf.inforuptcy.com;ppenn@ecf.inforuptcy.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Steven Werth**    on behalf of BBeautiful, LLC, a California limited liability company - swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;slee@sulmeyerlaw.com;slee@ecf.inforuptcy.com;asokolowski@ecf.inforuptcy.com;swerth @ecf.inforuptcy.com
- **Hatty K Yip**    on behalf of U.S. Trustee United States Trustee (LA)- hatty.yip@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) February 5, 2016 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 5, 2016 | Debbie A. Perez | /s/Debbie A. Perez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

DAP\ 2460779.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

## 2. TO BE SERVED U.S. MAIL

**The Honorable Judge Ernest Robles**
U.S. Bankruptcy Court
255 East Temple Street, Courtroom 1560
Los Angeles, CA 90012

**Debtor**
BBeautiful, LLC
1361 Mountain View Circle
Azusa, CA 91702

**Office Of The United States Trustee**
Attn: Hatty K. Yip
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

**Office Of The United States Trustee**
Attn: Kelly L. Morrison
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

ADP
Northern California (Sacramento)
9310 Tech Center Drive, Suite 170
Sacramento, CA 95826

Federal Express
Agent for Service of Process
C T Corporation System
818 West Seventh St, Suite 930
Los Angeles, CA 90017

Federal Express
P.O. Box 7221
Pasadena, CA 91109-7321
Telephone: (800) 662-1147

Federal Express
Corporate Office
3610 Hacks Cross Road, Building A
Memphis, TN 38132

TrueERP Inc.
Agent - National Registered Agents, Inc.
C T Corporation System
818 West Seventh St, Suite 930
Los Angeles, CA 90017

TrueERP Inc.
17744 Skypark Circle
Irvine, CA 92614

Cal Western / Vanitas Inc.
21580 Wilmington Ave
Carson, CA 90810

DAP\2460779.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

FMK Labs
Agent - Alex Minsung Kim
1690 N Delilah St
Corona, CA 92879

Cosmetic Enterprises, Ltd
Agent - Randy S. Waier
20241 Birch Street, Suite 103
Newport Beach, CA 92660

Cosmetic Enterprises, Ltd
12846 Pierce St
Pacoima, CA 91331

Dot Graphics
Brian Whiteman, President
9655 De Soto Ave
Chatsworth, CA 91311

Successor Directors Management LLC
Agent - Armin Arminak
1125 E Broadway Ste. 85
Glendale, CA 91205

PR Newswire / MultiVu
G.P.O. Box 5897
New York, NY 10087-5897

A & K Labels Inc.
Agent - Varoujan K Simonian
3177 Glendale Blvd
Los Angeles CA 90039

Repertoire Consulting LLC – Compliance
Attn: Melanie Cummings, Regulatory Specialist
32740 Ortega Hwy
Lake Elsinore CA 92530

New Look Cosmetics
Agent - Amin A. Hoque
20200 Sunburst St
Chatsworth, CA 91311

Kindvast Paper Display Co., Ltd.
Headquarters – Bldg A
No. 1 Furul Road
Fuyong Street
Shenzhen, Guangdong 518103 China

Select Staffing
Corporate Office
3820 State Street
Santa Barbara, CA 93105

Select Staffing
969 N. Grand Ave

DAP\ 2460779.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

Covina, CA 91724

Multiview Inc.
7701 Las Colinas Ridge, Suite 800
Irving, TX 75063

Multiview Inc.
P.O. Box 202696
Dallas, TX 75320-2696

Wrike Inc.
Agent - Andrey Filev
200 W Evelyn Avenue
Mountain View, CA 94041

Panjiva Inc.
P.O. Box 674917
Detroit, MI 48267-4917

Panjiva Inc.
20 West 22nd Street, Suite 706
New York, NY, 10010

Acorn Paper Products Company
3686 E Olympic Blvd.
Los Angeles CA 90023

Creative Age / Lauchpad
Agent - Deborah Carver, President and CEO
7628 Densmore Ave
Van Nuys CA 91406

220 Labs
Yoram Fishman
2375 3rd Street
Riverside CA 92507

Level (3) Communications
Tw Telecom Holdings, LLC
Agent:  C T Corporation System (C0168406)
818 West 7th St
Los Angeles, CA  90071

Athens Services
14048 E. Valley Blvd.
City Of Industry, CA 91746

Azuza Light & Water
729 N Azusa Ave
Azusa, CA 91702

E.R.S Security Alarm System, Inc.
4538 Santa Anita Ave
El Monte, CA 91731

The Gas Company
Agent: Corporation Service Company

DAP\ 2460779.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

dba CSC - Lawyers Incorporating Service
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA 95833

Southern California Gas Company
555 W 5th Street
Los Angeles, CA  90013

IRS
300 N. Los Angeles St.
Los Angeles, CA 90012

California Franchise Tax Board
Attn:  Colleen Berwick
Legal Division
P.O. Box 1720
Rancho Cordova, CA 95741-1720;

Bank Of America Merchant Services
Agent - C T Corporation System
818 West Seventh St, Suite 930
Los Angeles, CA  90017

Bank Of America Merchant Services
1231 Durrett Lane
Louisville, KY 40213

Tayo Okusanya, Vice President
Senior Relationship Manager
Commercial Banking
Bank of America Merrill Lynch
Bank of America, N.A.
35 N Lake Ave, 9th Floor
Pasadena CA 91101

American Express Head Office
World Financial Center
200 Vesey Street
New York, NY 10285

Honda Financial Services
P.O. Box 168088
Irving, TX  75016-8088

Too Faced Cosmetics, LLC
c/o J. Rick Taché
Greenberg Traurig, LLP
3161 Michelson Drive, Suite 1000
Irvine, CA 92612

Yes Online, Inc.
c/o Anne Singer
A. Singer & Associates, Inc.
199 W. Hillcrest Dr.
Thousand Oaks, CA  91360

Ocean Blue, Inc., dba Teamwork Packaging

DAP\ 2460779.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

c/o Lottie Cohen
Law Offices of Lottie Cohen
2288 Westwood Blvd., Suite 216
Los Angeles, CA  90064

DAP\2460779.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE