Alan G. Tippie (CA Bar No. 89587)
  *atippie@sulmeyerlaw.com*
Steven F. Werth (CA Bar No. 205434)
  *swerth@sulmeyerlaw.com*
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California  90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Bankruptcy Counsel for BBeautiful, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.  2:16-bk-10799-ER |
| BBEAUTIFUL, LLC,<br>a California limited liability company,<br><br>Debtor.<br><br><br><br>Tax ID # 20-5922946 | Chapter 11<br><br>**APPLICATION BY DEBTOR AND DEBTOR IN POSSESSION FOR APPROVAL OF EMPLOYMENT OF BANKRUPTCY COUNSEL (SULMEYERKUPETZ, A PROFESSIONAL CORPORATION); STATEMENT OF DISINTERESTEDNESS; DECLARATIONS OF HELGA ARMINAK AND ALAN G. TIPPIE IN SUPPORT THEREOF**<br><br>{No Hearing Required Unless Requested} |

Bbeautiful, LLC (the "<u>Applicant</u>" or the "<u>Debtor</u>"), respectfully represents:

1.     Applicant is the debtor in the above-captioned chapter 11 reorganization case pending before this Court.  The Debtor commenced this case by filing a voluntary chapter 11 petition on January 22, 2016 (the "<u>Petition Date</u>").

2.     Applicant remains in possession of its assets and is acting as a debtor in possession pursuant to 11 U.S.C. §§ 1101(1), 1107(a), and 1108.

3.     The Debtor is a brand-maker and retailer of a wide range of personal beauty products for skin, hand & nail, body, hair, pedicure, makeup, and fragrance ("<u>Products</u>").   The Debtor formulates its own unique Products and contracts with third parties to manufacture those company-formulated Products.  The Debtor also designs its own packaging for the Products and contracts with

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA  90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1  third parties in China to produce that packaging.  The Debtor then arranges for the packaging to be

2  shipped to the manufacturer, who then combines the Products and their packaging and delivers the

3  finished products to the Debtor at its office and warehouse at 1361 Mountain View Circle, Azusa,

4  California, 91702.  From there, the Debtor distributes the Products to retail stores and also sells the

5  Products directly through e-commerce.

6         4.    **Sulmeyer**Kupetz, A Professional Corporation ("<u>SK</u>"), represented the Debtor with

7  respect to restructuring and bankruptcy matters and related issues prior to the filing of Applicant's

8  chapter 11 petition and advised the Debtor in connection with the commencement of this case.  SK is

9  familiar with the legal and financial issues and problems facing the Debtor.

10         5.    SK has agreed to continue its representation of Applicant and the Debtor believes it

11  necessary to have SK employed as bankruptcy counsel in this chapter 11 case to represent it as debtor

12  and debtor in possession.  Such employment may include giving advice and counsel to Applicant in

13  connection with legal issues, including the use, sale or lease of property of the estate, compliance

14  with bankruptcy requirements affecting small business debtors, negotiation with creditors holding

15  secured and unsecured claims, preparing and presenting a plan of reorganization and disclosure

16  statement, objecting to claims as may be appropriate, review, analysis, legal research, the preparation

17  of documents and communications regarding the foregoing and, in general, acting as counsel on

18  behalf of the Debtor in any bankruptcy-related matter which may arise.  Such services will concern

19  the rights and remedies of Applicant with regard to the assets of the estate and with regard to secured,

20  priority, or unsecured claims which may be asserted in this case.

21         6.    It may be necessary for SK to appear in and prosecute or defend suits and proceedings,

22  if any, when they arise and to take all necessary and proper steps in other matters and things involving

23  bankruptcy law or connected with the affairs of the bankruptcy estate if and when such a necessity

24  exists.

25         7.    It is necessary for Applicant to employ SK to undertake such actions as may be

26  appropriate or necessary in connection with the preservation and realization of value of the chapter

27  11 estate and the reorganization of the Debtor.  Further, it is necessary and appropriate to employ

28  bankruptcy counsel to advise Applicant so that the Debtor may properly comply with the provisions

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311  •  FAX 213.629.4520

1    of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules

2    and the requirements and guidelines of the United States Trustee.

3          8.     Applicant proposes, upon the granting of this application (the "Application"), to

4    employ SK as its bankruptcy counsel.  SK is expert in insolvency, bankruptcy, restructuring and

5    reorganization matters and is well-qualified to represent the Debtor.  SK will charge the Debtor for

6    services rendered at SK's ordinary hourly rates in effect at the time the services are rendered.  The

7    Debtor will also reimburse SK for expenses incurred by SK in the course of its representation of the

8    Debtor.  SK understands that it is entitled to receive such amount(s) on account of its fees and costs

9    as may be approved by the Court.

10         9.     A schedule of the current rates being charged by attorneys and paraprofessionals of

11   SK is attached hereto as **Exhibit 1** and is incorporated herein by this reference.  A resume of SK is

12   attached hereto as **Exhibit 2**.

13         10.    To the best of the knowledge, information, and belief of Applicant, SK represents no

14   creditor or other party in this chapter 11 case, and represents no affiliates or other related entities,

15   principals, members, or officers of the Debtor.  The Statement of Disinterestedness is attached hereto.

16         11.    SK received $37,400 in funds prior to the Petition Date in connection with its

17   representation of the Debtor (which representation commenced on or about January 19, 2016).  As of

18   the commencement of the case, SK's unused prepetition retainer balance remaining was $12,938.75.

19   SK has not received and will not receive any lien or interest in property of the Debtor or of a third

20   party to secure payment of fees.  To the extent that, pursuant to any budget approved in connection

21   with the Debtor's use of postpetition financing for the Debtor approved by the Court, payments to

22   SK are authorized, such payments will be placed into a separate account of SK subject to

23   disbursement in the same manner as the balance of SK's prepetition retainer.

24         12.    The source of the payments received prepetition by SK in connection with its

25   representation of Applicant was funds of the Debtor.

26         13.    SK's representation in this case has been and currently continues to be limited to

27   representation of the Debtor.  SK does not represent and has not represented any other party connected

28   with this matter.

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

14.    As further stated in the attached declarations of Helga Arminak and Alan G. Tippie, SK has been rendering specialized restructuring and bankruptcy advice to Applicant.  It is in the best interest of Applicant that SK continues to render bankruptcy reorganization counsel and advice to the Debtor.    The Debtor anticipates moving forward with the development, preparation, drafting, negotiation, and filing of a plan of reorganization and a disclosure statement and expects that SK will be required to immediately render significant services with regard to plan of reorganization and other matters in this chapter 11 case.

15.    SK has run conflicts checks relating to its representation of the Debtor, including a search of the database maintained by SK containing the names of all existing and former clients of SK and other significant parties in current and past cases and other matters involving SK.  SK also circulated the name of the Debtor and other significant parties to SK's attorneys and other personnel for purposes of identifying any potential conflict.  SK has not identified any conflict of interest relating to its representation of the Debtor.

16.    The Debtor is satisfied from the attached declaration of Alan G. Tippie that SK represents no interest adverse to Applicant or the estate and is a  disinterested person as that term is defined in the Bankruptcy Code.  The employment of SK as the Debtor's bankruptcy counsel is in the best interest of the chapter 11 estate.

17.    SK seeks compensation pursuant to 11 U.S.C. § 330.  No compensation has been or will be paid by the Debtor postpetition to SK, except upon application to and approval by the Bankruptcy Court after notice and a hearing or pursuant to such other procedure as may be authorized by the Court.

**WHEREFORE**, the Debtor respectfully requests that it be authorized, pursuant to 11 U.S.C. § 327(a) and 11 U.S.C. § 1107(a), and in accordance with Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-1(b), to employ SK as general bankruptcy counsel, at the expense of the chapter 11 estate, as of the commencement of this case.

DATED: February 19, 2016

Bbeautiful, LLC
Debtor and Debtor in Possession

By: _____
      Helga Arminak
      Operating Manager

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

## DECLARATION OF HELGA ARMINAK

I, Helga Arminak, declare:

1.    I have personal knowledge of the facts stated herein.  I can testify that said facts are true and correct.

2.    I am the Operating Manager of BBeautiful, LLC, a California limited liability company ("Debtor").  I am also a 99% interest holder in the Debtor.

3.    The Debtor commenced the above-captioned reorganization case by filing a voluntary Chapter 11 petition on January 22, 2016 ("Petition Date").  The Debtor continues to manage and operate its business as a debtor in possession.  No trustee or creditors' committee has been appointed in the Debtor's Chapter 11 case.

4.    I founded the Debtor in 2006 and since that date have served as the Debtor's Operating Manager.  I am the person at the Debtor responsible for all major business-related decisions, and I oversee all aspects of the Debtor's business.  I have personal knowledge of the Debtor's business operations, assets, and liabilities and am familiar with its books and records.

5.    The Debtor is a brand-maker and retailer of a wide range of personal beauty products for skin, hand & nail, body, hair, pedicure, makeup, and fragrance ("Products").  The Debtor formulates its own unique Products and contracts with third parties to manufacture those company-formulated Products.  The Debtor also designs its own packaging for the Products and contracts with third parties in China to produce that packaging.  The Debtor then arranges for the packaging to be shipped to the manufacturer, who then combines the Products and their packaging and delivers the finished products to the Debtor at its office and warehouse at 1361 Mountain View Circle, Azusa, California, 91702.  From there, the Debtor distributes the Products to retail stores and also sells the Products directly through e-commerce.

6.    **Sulmeyer**Kupetz ("SK"), A Professional Corporation, represented the Debtor with respect to restructuring and bankruptcy matters and related issues prior to the filing of Applicant's chapter 11 petition and advised the Debtor in connection with the commencement of this case.

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

7.    SK has agreed to continue its representation of Applicant and I believe it necessary to have SK employed as bankruptcy counsel in this chapter 11 case to represent it as debtor and debtor in possession.

8.    It is necessary for Applicant to employ SK to undertake such actions as may be appropriate or necessary in connection with the preservation and realization of value of the chapter 11 estate and the reorganization of the Debtor.  Further, it is necessary and appropriate to employ bankruptcy counsel to advise Applicant so that the Debtor may properly comply with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and the requirements and guidelines of the United States trustee.

9.    To the best of the knowledge, information, and belief of Applicant, SK represents no creditor or other party in this chapter 11 case, and represents no affiliates or other related entities, principals, members, or officers of the Debtor.

10.    SK was engaged by the Debtor as restructuring/bankruptcy counsel prior to the Petition Date.  SK provided prepetition services to Applicant with regard to bankruptcy and restructuring issues, matters and alternatives and provided services in preparation for the commencement of a chapter 11 case by the Debtor.  SK received $37,400 in funds prior to the Petition Date in connection with its representation of the Debtor (which representation commenced on or about January 19, 2016).

11.    The source of the payments received prepetition by SK in connection with its representation of Applicant was funds of the Debtor.

12.    SK's representation in this case has been and currently continues to be limited to representation of the Debtor.

13.    I am satisfied from the attached declaration of Alan G. Tippie that SK represents no interest adverse to Applicant or the estate and is a disinterested person as that term is defined in the Bankruptcy Code.  The employment of SK as the Debtor's bankruptcy counsel is in the best interest of the chapter 11 estate.

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1    I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct.

3    Executed February 19, 2016, at Azusa, California.

4

5

6    _____
Helga Arminak

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### DECLARATION OF ALAN G. TIPPIE

2      I, Alan G. Tippie, declare:

3      1.    I am an attorney at law, duly qualified and licensed to practice before the above-

4 entitled court.

5      2.    I have personal knowledge of the facts set forth below.  I can testify that said facts

6 are true and correct.

7      3.    I am a member of the law firm of **Sulmeyer**Kupetz ("SK"), A Professional

8 Corporation.

9      4.    BBeautiful, LLC ("Applicant" or the "Debtor"), is seeking court approval of its

10 retention of SK as bankruptcy counsel by the foregoing application.  I am authorized to submit this

11 declaration on behalf of SK.

12      5.    SK, its partners, associates and of counsel attorneys are experienced in matters of

13 restructuring, bankruptcy, insolvency, corporate reorganization and debtor/creditor law, and in the

14 representation of debtors, debtors in possession, creditors, creditors' committees and trustees in

15 cases under the Bankruptcy Code and are well qualified to represent debtors, debtors in possession,

16 creditors, creditors' committees and trustees in such matters.  SK has focused its practice in these

17 areas for more than sixty years.

18      6.    Neither I, SK, nor SK's other members, associates, of counsel attorneys, or other

19 employees to my knowledge represent or have any connection with the Debtor (except with regard

20 to the Debtor's retention of SK set forth herein), creditors, any other party in interest in this case,

21 their respective attorneys or accountants, the United States Trustee or any person employed in the

22 Office of the United States Trustee, except as set forth herein.

23      7.    Certain members of SK (Howard M. Ehrenberg, Elissa D. Miller, Arnold Kupetz and

24 David M. Goodrich) are or have recently been members of the private panel of bankruptcy trustees

25 for the Central District of California maintained and supervised by the Office of the United States

26 Trustee.

27      8.    Neither I, SK, nor SK's other members, associates, of counsel attorneys, or other

28 employees have any interest adverse to the Debtor or the estate.  Further, I am not aware of facts

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

that would lead me to conclude that the SK is not a "disinterested person" as that term is defined by the Bankruptcy Code. I have read the foregoing application and to the best of my knowledge all the facts stated therein are true and correct.

9. Neither I, SK, nor SK's other members, associates, of counsel attorneys, or other employees have any prepetition claim against the Debtor.

10. Prior to the commencement of Applicant's chapter 11 case, SK was employed by and was rendering specialized legal representation and advice to Applicant.

11. SK has not in the past represented nor does SK presently plan to represent in the future any related debtors, principals, officers, or affiliates of the Debtor. SK's representation in this case is strictly limited to representation of the Debtor.

12. SK has no connections with the Debtor, other than those disclosed herein.

13. SK is not and was not an equity security holder or an insider of the Debtor.

14. SK has no interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, for any reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

15. No member, associate, of counsel attorney, or other employee of SK is a relative or employee of the United States Trustee or a United States Bankruptcy Judge.

16. SK has conducted a conflict's search relating to its representation of the Debtor including a search of the database maintained by SK containing the names of all existing and former clients of SK and other significant parties in current and past cases and other matters involving SK. SK also circulated the name of the Debtor and other significant parties to SK's attorneys and other personnel for purposes of identifying any potential conflict. SK has not identified any conflict of interest relating to its representation of the Debtor.

17. SK has agreed to continue its representation of Applicant and the Debtor believes it necessary to have SK employed as bankruptcy counsel in this chapter 11 case to represent it as debtor and debtor in possession. Such employment may include giving advice and counsel to Applicant in connection with legal issues, including the use, sale or lease of property of the estate, compliance with bankruptcy requirements affecting small business debtors, negotiation with

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1  creditors holding secured and unsecured claims, preparing and presenting a plan of reorganization

2  and disclosure statement, objecting to claims as may be appropriate, review, analysis, legal research,

3  the preparation of documents and communications regarding the foregoing and, in general, acting

4  as counsel on behalf of the Debtor in any bankruptcy-related matter which may arise.  Such services

5  will concern the rights and remedies of Applicant with regard to the assets of the estate and with

6  regard to secured, priority, or unsecured claims which may be asserted in this case.

7       18.    It may be necessary for SK to appear in and prosecute or defend suits and

8  proceedings, if any, when they arise and to take all necessary and proper steps in other matters and

9  things involving bankruptcy law or connected with the affairs of the bankruptcy estate if and when

10  such a necessity exists.

11       19.    SK will charge the Debtor for services rendered at SK's ordinary hourly rates in

12  effect at the time the services are rendered.  The Debtor will also reimburse SK for expenses incurred

13  by SK in the course of its representation of the Debtor.  SK understands that it is entitled to receive

14  such amount(s) on account of its fees and costs as may be approved by the Court.

15       20.    A schedule of the current hourly billing rates charged for attorneys of SK is attached

16  hereto as **Exhibit 1**.  A copy of the resume of SK is attached hereto as **Exhibit 2**.  I am  the attorney

17  at SK with primary responsibility for SK's representation of the Debtor.

18       21.    SK was engaged by the Debtor as restructuring/bankruptcy counsel prior to the

19  Petition Date.  SK provided prepetition services to Applicant with regard to bankruptcy and

20  restructuring issues, matters and alternatives and provided services in preparation for the

21  commencement of a chapter 11 case by the Debtor.  SK received $37,400 in funds prior to the

22  Petition Date in connection with its representation of the Debtor.  As of the commencement of the

23  case, SK's unused prepetition retainer balance remaining was $12,938.75.  SK has not received and

24  will not receive any lien or interest in property of the Debtor or of a third party to secure payment

25  of fees.

26       22.     SK's representation in this case has been and currently continues to be limited to

27  representation of the Debtor.  SK does not represent and has not represented any other party

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1   connected with this matter.  SK does not represent any party other than the Debtor in connection

2   with this case.

3        23.    The portion of the retainer provided to SK not exhausted based upon services

4   rendered and costs incurred as of the filing of the Debtor's chapter 11 petition, has been placed into

5   a separate account of SK subject to disbursement according to the United States Trustee's Guide to

6   Applications for Retainers, and Professional and Insider Compensation for the Central District of

7   California.  Further, to the extent that, pursuant to any budget approved in connection with the

8   Debtor's use of postpetition financing for the Debtor approved by the Court, payments to SK are

9   authorized, such payments will be placed into a separate account of SK subject to disbursement in

10  the same manner as the balance of SK's prepetition retainer.

11       24.    The Debtor anticipates moving forward with the development, preparation, drafting,

12  negotiation, and filing of a plan of reorganization and a disclosure statement promptly in this case

13  and I expect that SK will be required to render significant services with regard to plan of

14  reorganization and other matters during the early stages of this chapter 11 case.

15       25.    I am familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure,

16  the Local Bankruptcy Rules, and the requirements of the United States Trustee and shall comply

17  with them.

18       26.    Notice of this application shall be concurrently given to the Debtor's twenty largest

19  unsecured creditors, any official committee appointed in this case, all parties having requested

20  special notice in this case, if any, and the Office of the United States Trustee.

21       I declare under penalty of perjury under the laws of the United States of America that the

22  foregoing is true and correct.

23

24       Executed February 29, 2016, at Los Angeles, California.

25

26                                Alan G. Tippie

27

28

# EXHIBIT 1



A  PROFESSIONAL  CORPORATION

## RATES FOR PROFESSIONAL SERVICES

| ATTORNEYS | INITIALS | RATE |
|---|---|---|
| Jason D. Balitzer | JDB | 450 |
| Howard M. Ehrenberg | HME | 650 |
| David M. Goodrich | DMG | 550 |
| Asa S. Hami | ASH | 530 |
| Mark S. Horoupian | MSH | 585 |
| David S. Kupetz | DSK | 650 |
| Daniel A. Lev | DAL | 585 |
| Elissa D. Miller | EDM | 585 |
| Jeffrey M. Pomerance | JMP | 525 |
| David J. Richardson | DJR | 525 |
| Victor A. Sahn | VAS | 675 |
| Alan G. Tippie | AGT | 675 |
| Jessica L. Vogel | JLV | 350 |
| Steven F. Werth | SFW | 535 |
| **TRUSTEE EMERITUS** | | |
| Arnold L. Kupetz | ALK | 800 |
| Richard G. Baumann | RGB | 585 |
| **PARALEGALS** | | |
| John Baer | JAB | 210 |
| Ann L. Sokolowski | ALS | 225 |
| **TRUSTEE ADMINISTRATOR** | | |
| Lupe V. Perez | LVP | 175 |
| Lorraine L. Robles | LLR | 175 |
| | | |
| Of Counsel | | 510-585 |
| Associates | | 325-480 |
| Paralegals | | 210-225 |

333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071-1406 • Tel 213.626.2311 • Fax 213.629.4520
2424 SE Bristol St, Suite 300, Newport Beach, CA 92660• Tel 949.721.7300 • Fax 213.629.4520

www.sulmeyerlaw.com

13

EXHIBIT 2

# Sulmeyer Kupetz

A  P R O F E S S I O N A L  C O R P O R A T I O N

With a 60-year legacy, **Sulmeyer**Kupetz is one of the premier financial restructuring and litigation firms in California, with an emphasis on dispute resolution arising out of commercial and business disputes, and insolvency and bankruptcy matters.  Our attorneys represent debtors, creditors, trustees, receivers, committees, municipalities, buyers, sellers, professionals and other parties.  The firm's wide ranging practice in this area is demonstrated by the vast experience of our attorneys in every aspect and facet of financial restructuring and litigation, both in federal and state court, and in out-of-court workouts.

**Sulmeyer**Kupetz attorneys bring a specialized expertise to our clients and to the cases we handle, derived collectively from generations of experience in select  areas of the law.  With two attorneys serving as Federal Bankruptcy Trustees and others acting as State Court appointed Receivers, the firm has an enviable history of trustee and receiver practice and representation in corporate reorganizations and complex liquidations. The firm also has a unique background in Chapter 9 municipal bankruptcies, having handled landmark cases in that arena for both municipalities and claimants.  For nearly four decades the Firm has distinguished itself in the area of commercial collections, locally, regionally and nationwide, and we continue to add to our litigation expertise and capabilities.

Always on the cutting edge, **Sulmeyer**Kupetz responded to the need for alternative restructuring and liquidation options, and has expanded its non-judicial workout practice.  In that vein, the firm has become a leading expert in Assignments for the Benefit of Creditors and other cost effective means of addressing insolvency related problems and achieving goals for our clients outside of the courts.  We of course still take pride in our long standing expertise in traditional Chapter 11 reorganizations.

At **Sulmeyer**Kupetz strength is found in the firm's experience and manageable size, which enables the firm to react quickly and intelligently to any client need.  Finally, the firm's long held regional presence enables it to provide unique insight to the needs of clients within the state and surrounding areas.

The attorneys at **Sulmeyer**Kupetz service our clients in all areas of financial restructuring, insolvency, business reorganization, federal and state court litigation, and bankruptcy and bankruptcy related litigation.  We welcome the opportunity to show you how our services can benefit your company or organization.

333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071-1406 • Tel 213.626.2311 • Fax 213.629.4520
2424 SE BRISTOL ST, SUITE 300, NEWPORT BEACH, CA 92660 • TELEPHONE 949.721.7300 • FACSIMILE 213.629.4520

www.sulmeyerlaw.com

15

## MEMBERS OF THE FIRM



**ALAN G. TIPPIE**, Managing Member 1987 to present, born Massillon, Ohio, October 11, 1953; admitted to bar, 1979, California.  Preparatory education, Kent State University and Ohio State University (B.A., 1976); legal education, Loyola Law School, Los Angeles (J.D., 1979).  Member: St. Thomas More Law Honor Society; Loyola Law Review, 1978-1979.  Adjunct Professor, Loyola Law School, Los Angeles, 1987.  Law Clerk to the Honorable Barry Russell, United States Bankruptcy Court, 1979-1980.  Member: State Bar of California; Financial Lawyers' Conference; Los Angeles County Bar Association (Commercial Law and Bankruptcy Section).



**VICTOR A. SAHN**, born New York City, New York, June 27, 1954; admitted to bar, 1980, California.  Preparatory education, Syracuse University (B.A., cum laude, 1976); legal education, University of San Diego School of Law (J.D., 1979).  Legal Intern to the Honorable Herbert Katz, United States Bankruptcy Court, 1978-1979; Law Clerk to the Honorable Peter M. Elliott, United States Bankruptcy Court, 1979-1981.  Member: State Bar of California; Financial Lawyers' Conference; Los Angeles County Bar Association (Bankruptcy Subcommittee).



**HOWARD M. EHRENBERG**, born New York, New York, February 19, 1961; admitted to bar, 1986, California.  Preparatory education, University of California at Berkeley (B.A., 1983); legal education, University of Southern California School of Law (J.D., 1986).  Fraternity: Phi Alpha Delta.  Member: Panel of Bankruptcy Trustees of the United States Trustee's Office for the Central District of California.  State Court Receiver.  Member: American Bar Association, State Bar of California; Financial Lawyers' Conference; Los Angeles Bankruptcy Forum.  Certified as a Business Bankruptcy Law Specialist by the American Bankruptcy Board of Certification, 1993.

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
2424 SE BRISTOL ST, SUITE 300, NEWPORT BEACH, CA 92660 • TELEPHONE 949.721.7300 • FACSIMILE 213.629.45204520

www.sulmeyerlaw.com

16



**DAVID S. KUPETZ**, born Los Angeles, California, January 17, 1961; admitted to bar, 1986, California.  Preparatory education, University of California at Santa Barbara (B.S., 1983); legal education, University of California, Hastings College of the Law (J.D., 1986).  Member: State Bar of California; Financial Lawyers' Conference; Los Angeles Bankruptcy Forum. Participant, COMM/ENT, Hastings Journal of Communications and Entertainment Law, 1984-1985.  Note Editor, COMM/ENT, Hastings Journal of Communications and Entertainment Law, 1985-1986.  Author: Collier Handbook for Creditors' Committees (LexisNexis).  *For a list of articles authored by Mr. Kupetz, please see attachment.*



**MARK S. HOROUPIAN**, born Winnipeg, Manitoba, Canada, December 11, 1969; admitted to bar, 1994, California.  Preparatory education, University of California at Santa Barbara (B.A., 1991); legal education, Loyola Law School, Los Angeles (J.D., 1994).  Member: Loyola Law Review, 1992-1993.  Member: State Bar of California; Los Angeles County Bar Association.



**DANIEL A. LEV**, born Los Angeles, California, April 24, 1961; admitted to the bar 1986, California. Preparatory education: University of California, Los Angeles (B.A., 1983). Legal education: Loyola Law School, Los Angeles (J.D., 1986).  Recipient, American Jurisprudence Award in Bankruptcy, Benno M. Brink Memorial Award in Bankruptcy, American Jurisprudence Award in Remedies.  Law Clerk to the Honorable Geraldine Mund, United States Bankruptcy Judge (1986-1988).  Member: State Bar of California; Financial Lawyers' Conference; Los Angeles Bankruptcy Forum.



**ELISSA D. MILLER**, born Los Angeles, California, October 11,1955; admitted to bar, 1985, California. Preparatory education, University of California at Los Angeles (B.A., 1977); legal education, Southwestern University School of Law, Los Angeles (J.D., with honors, 1985). Member: Moot Court Honors program. Legal Extern to the Honorable Arthur Alarcon, United States Court of Appeals for the Ninth Circuit. Law Clerk to the Honorable Robert Devich, Justice of the California Courts of Appeal, Second District, Division One, 1986. Member: Panel of Bankruptcy Trustees of the United States Trustee's Office for the Central District of California. Member State Bar of California; Los Angeles County Bar Association; Financial Lawyers Conference; Officer, Los Angeles Bankruptcy Forum; Founding Member/Director of the Los Angeles Network of IWIRC. Co-Chair Insolvency Law Committee of the Business Law Section, State Bar of California; Former Board Member and Officer of Women's Clinic & Family Counseling Center, a Los Angeles community based health and counseling center.

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
2424 SE BRISTOL ST, SUITE 300, NEWPORT BEACH, CA 92660 • TELEPHONE 949.721.7300 • FACSIMILE 213.629.45204520

www.sulmeyerlaw.com

17

### EMERITUS PARTNER



**IRVING SULMEYER, 1927-2009.**   Irving Sulmeyer specialized in reorganization, insolvency, bankruptcy and creditors' rights matters. He served as counsel for debtors, secured and unsecured creditors, creditors' committees, receivers and trustees.

In addition, Mr. Sulmeyer acted as a receiver or trustee in cases under the former Bankruptcy Act and present Bankruptcy Code, as a federal equity receiver and as a receiver for the California Superior Courts.

Mr. Sulmeyer was an author of Collier Handbook for Creditors' Committees, co author of Collier Handbook for Trustees and Debtors in Possession and was a contributing editor to Collier Bankruptcy Guide. He was an adjunct professor of law at Pepperdine Law School in Malibu, California and a frequent lecturer for California Continuing Education of the Bar, Practicing Law Institute and the Commercial Law League of America. His professional memberships included the American Bar Association. He was a Fellow of the American College of Bankruptcy. Mr. Sulmeyer was listed in The Best Lawyers in America.

Mr. Sulmeyer held a B.S. from the California Institute of Technology and a J.D. from Stanford University, where he was a member of the Stanford Law Review and the Phi Alpha Delta law fraternity. His academic awards included the Crother Scholarship and the Order of the Coif.



**ARNOLD L. KUPETZ**, born Denver, Colorado, June 30, 1933; admitted to bar, 1956, Colorado; 1960, California.  Also admitted to practice before United States District Court, Central and Southern Districts of California, and District of Colorado and Ninth Circuit Court of Appeals.  Preparatory education, University of Colorado and University of Denver (B.S., 1955); legal education, University of Denver (J.D., 1956); Clerk for O. Otto Moore, Justice of Colorado Supreme Court, 1955; Member: Los Angeles County Bar Association; State Bar of California; [Judge Advocate General Corps, U.S.A.F., 1956-1959].  Member: for many years of the Panel of Trustees of the United States Trustee's Office for the Central District of California. Member: "Approved/-Qualified Receivers List" for the Los Angeles Superior Court.



**RICHARD G. BAUMANN**, born Chicago, Illinois, April 7, 1938; admitted to bar, 1964, Wisconsin; 1970, California.  Also admitted to practice before United States Supreme Court.  Preparatory education, University of Wisconsin (B.S., cum laude, 1960); legal education, University of Wisconsin (J.D., 1964).  Fraternity:  Phi Delta Phi.  Judge Pro Tem, Los Angeles Superior Court (1980 -    ).  Western Region Members Association (Chairman 1982-1983); Commercial Law League of America (President 1990-1991). Member: Board of Governors 1986-1990); Board of Directors, Academy of Commercial and Bankruptcy Law Specialists; Board of Directors, National Institute on Credit Management; Associate Editor: Commercial Law World Magazine.  Member: State Bar of California; State Bar of Wisconsin; Commercial Law League of America; National Conference of Bar Presidents; Fellow of the Commercial Law Foundation; Certified as a Creditors' Rights Specialist by the American Board of Certification.

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
2424 SE BRISTOL ST, SUITE 300, NEWPORT BEACH, CA 92660 • TELEPHONE 949.721.7300 • FACSIMILE 213.629.45204520

www.sulmeyerlaw.com

18

### SENIOR COUNSEL



**JEFFREY M. POMERANCE**, born Milwaukee, Wisconsin, March 23, 1961; admitted to the bar, 1987, Illinois; 1992, California. Preparatory education, University of Wisconsin at Madison (B.B.A. in Accounting, with highest distinction, 1983); University of California at Los Angeles, The Anderson Graduate School of Management (Directors Training Program, 2000); legal education, University of Michigan School of Law (J.D., 1987). Contributing Editor of University of Michigan Journal of Law Reform, 1986-87; Instructor of Writing and Advocacy Program, University of Michigan School of Law, 1986-87. Successfully completed Certified Public Accountancy Examination – November, 1984.



**DAVID J. RICHARDSON,** born Vancouver, BC, Canada, September 9, 1964; admitted to bar, 1993, California. Preparatory education: Queen's University, Kingston, Ontario (BA Hons., 1986); legal education, Stanford Law School, Stanford (J.D., 1993). Member: Financial Lawyers Conference and Los Angeles Bankruptcy Forum.



**DAVID M. GOODRICH,** born San Diego, California, January 10, 1975; admitted to bar, 2000, California. Preparatory education: University of Arizona; legal education, Whittier Law School, Whittier (J.D., 2000). Member: Chapter 7 Bankruptcy Panel of Trustees, appointed by the Office of the United States Trustee. Member: Board of Directors for the Orange County Bankruptcy Forum, Los Angeles Bar Association, and Orange County Bar Association.

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
2424 SE BRISTOL ST, SUITE 300, NEWPORT BEACH, CA 92660 • TELEPHONE 949.721.7300 • FACSIMILE 213.629.45204520

www.sulmeyerlaw.com

19

## ASSOCIATES OF THE FIRM



**JASON BALITZER,** born Los Angeles, California, October 17, 1980; admitted to bar, 2006, California; 2008, District of Columbia. Preparatory education, Western Washington University (B.A. in Political Science, 2002); University of California at Berkeley School of Law (Boalt Hall) (J.D., 2006).



**ASA S. HAMI,** born Los Angeles, California, May 23, 1974; admitted to bar, 2000, California. Preparatory education, University of California, Los Angeles (B.A., 1995); legal education, Southwestern University School of Law (J.D., magna cum laude, 2000). Legal Extern to the Honorable Kathleen P. March, United States Bankruptcy Court, 1998. Member: State Bar of California; Financial Lawyers' Conference.



**JESSICA L. VOGEL,** born in Los Angeles, California, August 30, 1986; admitted to the bar 2012, California. Preparatory education: Loyola Marymount University, Los Angeles (B.A., 2008). Legal Education: Loyola Law School, Los Angeles (J.D., 2012). Law Clerk to the Honorable Colleen Brown, United States Bankruptcy Judge (2013); Law Clerk to the Honorable Ernest Robles, United States Bankruptcy Judge (2013-2015). Member: State Bar of California; Los Angeles Bankruptcy Forum; James T. King Bankruptcy Inn of Court.



**STEVEN F. WERTH**, born McMinnville, Oregon, May 8, 1974; admitted to the bar, 1999, California. Preparatory education, Pomona College (B.A. 1996). Legal education, University of Southern California Law School (J.D. 1999).

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
2424 SE BRISTOL ST, SUITE 300, NEWPORT BEACH, CA 92660 • TELEPHONE 949.721.7300 • FACSIMILE 213.629.45204520

www.sulmeyerlaw.com

20

**PARALEGALS**

**JOHN A. BAER**, born Santa Monica, California, October 1, 1944; From 1965 to 1977, owned and operated independent escrow company and mortgage company in Torrance, California; From 1977 to 1981, merged escrow company with and became partner in Sun Realty, Torrance, California, developing 23 sales offices throughout Southern California. Operations encompassed real estate sales, escrow, mortgage, insurance and related services in Los Angeles, Orange and San Diego counties; From 1981 to present, principal of John A. Baer and Associates, providing a range of services to bankruptcy trustees, federal and state court receivers, debtors and creditors in insolvency related matters encompassing both operating and liquidating cases; From 2009 to present, also providing paralegal services to SulmeyerKupetz, APC, with emphasis in financial data investigation, analysis and organization.

**ANN L. SOKOLOWSKI**.  Received her Certificate of Litigation and Trial Practice from the Paralegal Institute, Phoenix, Arizona, and graduated with High Honors (1986).  Received Certified Legal Assistant (CLA) designation by examination in May 2002 and successfully completed the litigation examination of the California Advanced Specialty (CAS) in July 2002.  Ms. Sokolowski is among the first legal assistants in the State of California to participate in this program and achieve this distinguished credential.  She completed the four year State Bar of California Law Office Study Program.  Ms. Sokolowski is also a member of the Association of Bankruptcy Judicial Assistants and is a Certified Bankruptcy Assistant.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California  90071-1406.

A true and correct copy of the foregoing document entitled (*specify*):  **APPLICATION BY DEBTOR AND DEBTOR IN POSSESSION FOR APPROVAL OF EMPLOYMENT OF BANKRUPTCY COUNSEL (SULMEYERKUPETZ, A PROFESSIONAL CORPORATION); STATEMENT OF DISINTERESTEDNESS; DECLARATIONS OF HELGA ARMINAK AND ALAN G. TIPPIE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 1, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service List

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On March 1, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 1, 2016 | Shirley Lee | */s/Shirley Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Kelly L Morrison - on behalf of U.S. Trustee (LA) - hatty.yip@usdoj.gov
Gregory M Salvato Courtesy NEF - gsalvato@salvatolawoffices.com
U.S. Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Steven Werth on behalf of Debtor BBeautiful, LLC, a California limited liability company - swerth@sulmeyerlaw.com,
Hatty K Yip on behalf of U.S. Trustee (LA) - hatty.yip@usdoj.gov


**2. TO BE SERVED U.S. MAIL**

The Honorable Judge Ernest Robles
U.S. Bankruptcy Court
255 East Temple Street
Courtroom 1560
Los Angeles, CA  90012

**Debtor**
BBeautiful, LLC
1361 Mountain View Circle
Azusa, CA  91702

**Office Of The United States Trustee**
Attn:  Hatty K. Yip
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

**Office Of The United States Trustee**
Attn:  Kelly L. Morrison
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

ADP
Northern California (Sacramento)
9310 Tech Center Drive, Suite 170
Sacramento, CA 95826
Phone: (916) 843-5600
Fax: (916) 361-1268

**Creditors Holding 20 Largest Unsecured Claims**

Federal Express
Agent for Service of Process
C T Corporation System
818 West Seventh St, Suite 930
Los Angeles, CA 90017

Federal Express
P.O. Box 7221
Pasadena, CA 91109-7321
Telephone:  (800) 662-1147
E-Mail: BillingOnline@fedex.com

Federal Express
Corporate Office
3610 Hacks Cross Road, Building A
Memphis, TN  38132

TrueERP Inc.
Agent - National Registered Agents, Inc.
C T Corporation System
818 West Seventh St, Suite 930
Los Angeles, CA 90017

TrueERP Inc.
17744 Skypark Circle
Irvine, CA 92614
Telephone:  (949) 474-4400
E-Mail: haziel.mitchell@trueerp.com

Cal Western / Vanitas Inc.
21580 Wilmington Ave
Carson, CA 90810
Telephone: (310) 834-8545
Fax: (310) 834-6420
E-Mail: E-mail: scott@calwesternmfg.com

FMK Labs
Agent - Alex Minsung Kim
1690 N Delilah St
Corona, CA 92879
Telephone: (951) 736-1212
E-Mail: anna@fmklabs.com

Cosmetic Enterprises, Ltd
Agent - Randy S. Waier
20241 Birch Street, Suite 103
Newport Beach, CA 92660

Cosmetic Enterprises, Ltd
12846 Pierce St
Pacoima, CA 91331
Telephone:  (818) 896-5355
E-Mail: grants@zerranhaircare.com

Dot Graphics
Brian Whiteman, President
9655 De Soto Ave
Chatsworth, CA 91311
Telephone:  (818) 341-6666 x 238 or (805) 857-9046
E-Mail:  brian@dotgraphics.net
          terryc@dotgraphics.net

Successor Directors Management LLC
Agent - Armin Arminak
1125 E Broadway Ste. 85
Glendale, CA 91205
Telephone:  (818) 421-2514

PR Newswire / MultiVu
G.P.O. Box 5897
New York, NY 10087-5897
Telephone:  (888) 753-6288
E-Mail: Amanda.Dunn@prnewswire.com

A & K Labels Inc.
Agent - Varoujan K Simonian
3177 Glendale Blvd
Los Angeles CA 90039
Telephone:  (323) 662-4511
Fax: (323) 913-2041
Website:  www.aklabels.com

Repertoire Consulting LLC – Compliance
Attn: Melanie Cummings, Regulatory Specialist
32740 Ortega Hwy
Lake Elsinore CA 92530
Telephone:  (714) 334-3773
E-Mail: melanie@repertoireconsulting.com

New Look Cosmetics
Agent - Amin A. Hoque
20200 Sunburst St
Chatsworth, CA 91311
Telephone (818) 576-9888
E-Mail: joannew@newlookcosmetics.com

Kindvast Paper Display Co., Ltd.
Headquarters – Bldg A
No. 1 Furul Road
Fuyong Street
Shenzhen, Guangdong 518103 China
Telephone: 01186-755-27884116 ext 6
E-Mail: RosaeZhuang@hotmail.com

Select Staffing
Corporate Office
3820 State Street
Santa Barbara, CA 93105

Select Staffing
969 N. Grand Ave
Covina, CA 91724
Telephone:  (626) 331-6339
E-Mail: tina.haas@select.com

Multiview Inc.
7701 Las Colinas Ridge, Suite 800
Irving, TX 75063
Telephone:  (972) 402-7070

Multiview Inc.
P.O. Box 202696
Dallas, TX 75320-2696
E-Mail: ar@Multiview.com

Wrike Inc.
Agent - Andrey Filev
200 W Evelyn Avenue
Mountain View, CA 94041
Telephone:  (650) 318-3551
E-Mail: support@team.wrike.com

Panjiva Inc.
P.O. Box 674917
Detroit, MI 48267-4917
Telephone: (646) 205-0594

Panjiva Inc.
20 West 22nd Street, Suite 706
New York, NY, 10010

Acorn Paper Products Company
3686 E Olympic Blvd.
Los Angeles CA 90023
Telephone: (323) 268-0507
Fax:  (323) 262-8517

Creative Age / Lauchpad
Agent - Deborah Carver, President and CEO
7628 Densmore Ave
Van Nuys CA 91406
Telephone:  (818) 782-7328
E-Mail: dtimsit@creativeage.com

220 Labs
Yoram Fishman
2375 3rd Street
Riverside CA 92507
Phone: (951) 683-2912 or (818) 426-6411
Fax:     (951) 683-0952
E-Mail: Jliberal@220labs.com

**Utilities**

Level (3) Communications
Tw Telecom Holdings, LLC
Agent:  C T Corporation System (C0168406)
818 West 7th St
Los Angeles, CA 90071
Telephone:  (213) 996-5500

Athens Services
14048 E. Valley Blvd.
City Of Industry, CA 91746
Telephone:  (888) 336-6100

Azuza Light & Water
729 N Azusa Ave
Azusa, CA 91702
Telephone:  (626) 812-5225

E.R.S Security Alarm System, Inc.
4538 Santa Anita Ave
El Monte, CA 91731
Telephone:  (626) 579-2525
Fax:  (626) 579-5225

The Gas Company
Agent: Corporation Service Company
dba CSC - Lawyers Incorporating Service
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA 95833

Southern California Gas Company
555 W 5th Street
Los Angeles, CA  90013
Telephone:  (800) 427-2000

**Taxes**

IRS
300 N. Los Angeles St.
Los Angeles, CA 90012
Telephone: (213) 576-3009

IRS
P.O. Box 7346
Philadelphia, PA  19101

California Franchise Tax Board
Attn:  Colleen Berwick
Legal Division
P.O. Box 1720
Rancho Cordova, CA 95741-1720;
Telephone (916) 845-3306
Fax (916) 845-3648
E-Mail: colleen.berwick@ftb.ca.gov

**Creditors**

Bank Of America Merchant Services
Agent - C T Corporation System
818 West Seventh St, Suite 930
Los Angeles, CA  90017
Telephone:  (800) 228-5882

Bank Of America Merchant Services
1231 Durrett Lane
Louisville, KY 40213
Telephone:  (800) 430-7161

Hartford Fire Insurance Company
Bankruptcy Unit, NP3-R
Hartford Plaza
Hartford, CT 06115

Tayo Okusanya, Vice President
Senior Relationship Manager
Commercial Banking
Bank of America Merrill Lynch
Bank of America, N.A.
35 N Lake Ave, 9th Floor
Pasadena CA 91101
Telephone: (626) 304-8556; Cell: (310) 567-6020
Fax: 1 (800) 384-1041
E-Mail:  Tayo.Okusanya@baml.com
http://perspective.baml.com/tayo.okusanya

American Express Head Office
World Financial Center
200 Vesey Street
New York, NY 10285
Telephone: (212) 640-2000

American Honda Financial Services
P.O. Box 168088
Irving, TX  75016-8088

Ocean Blue, Inc.
dba Teamwork Packaging
494 E. Commercial Road
San Bernardino, CA  92408

**Parties Asserting Litigation Claims**

Too Faced Cosmetics, LLC
c/o J. Rick Taché
Greenberg Traurig, LLP
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Telephone: (949) 732-6500
Fax: (949) 732-6501

Yes Online, Inc.
c/o Anne Singer
A. Singer & Associates, Inc.
199 W. Hillcrest Dr.
Thousand Oaks, CA 91360
Telephone:  (805) 375-2010

Ocean Blue, Inc., dba Teamwork Packaging
c/o Lottie Cohen
Law Offices of Lottie Cohen
2288 Westwood Blvd., Suite 216
Los Angeles, CA  90064
Telephone:  (310) 204-0099
Email:  lottie.cohen@hotmail.com