| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GREGORY M. SALVATO (SBN 126285)<br>    Gsalvato@salvatolawoffices.com<br>JOSEPH BOUFADEL (SBN 267312)<br>    Jboufadel@salvatolawoffices.com<br>SALVATO LAW OFFICES<br>Wells Fargo Center<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, California 90071-9500<br>Telephone: (213) 484-8400<br>Facsimile: (213) 402-3778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* XI "Sunny" Zhang | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br><br>BBeautiful, LLC,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:16-bk-10799-ER<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(with supporting declarations)**<br>**(ACTION IN NONBANKRUPTCY FORUM)** |
| | DATE: 04/04/2016<br>TIME: 10:00 am<br>COURTROOM: 1568 |

**Movant**: XI "Sunny" Zhang

1. **Hearing Location**:
   ☒ 255 East Temple Street, Los Angeles, CA 90012    ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*    Page 1    **F 4001-1.RFS.NONBK.MOTION**

4. When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5. If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6. ☒ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d). If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7. ☐ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b). If you wish to oppose this motion, you must file and serve a response no later than (*date*) _____ and (*time*) _____; and, you may appear at the hearing.

   a. ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b. ☐ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c. ☐ An application for order setting hearing on shortened notice was filed and remains pending. After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date: 03/09/2016

Salvato Law Offices
Printed name of law firm (if applicable)

Gregory M. Salvato
Printed name of individual Movant or attorney for Movant

/s/ Gregory M. Salvato
Signature of individual Movant or attorney for Movant

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                          Page 2                           F 4001-1.RFS.NONBK.MOTION

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO NONBANKRUPTCY ACTION

1. **In the Nonbankruptcy Action, Movant is:**

   a. ☒ Plaintiff

   b. ☐ Defendant

   c. ☐ Other (*specify*):

2. **The Nonbankruptcy Action:** ~~There is a pending~~ Upon granting relief, Movant shall commence a lawsuit or administrative proceeding (Nonbankruptcy Action) involving the Debtor or the Debtor's bankruptcy estate:   To be filed action:

   a. *Name of Nonbankruptcy Action*: Xi "Sunny" Zhang v. BBeautiful, LLC, Helga Arminak, et al.

   b. *Docket number*: TBD

   c. *Nonbankruptcy forum where Nonbankruptcy Action is pending*:
      Shall be filed in Los Angeles Superior Court.

   d. Causes of action or claims for relief (Claims):
      (1) Violation of Cal. Bus. Prof. Code Sec. 17200 et seq., (2) Violation of Cal. Labor Code Sections 1102.5 et seq. (Whistleblower Statute); & (3) Retaliation & Wrongful Termination in Violation of Public Policy.

      **Jury Trial Demanded**

3. **Bankruptcy Case History:**

   a. ☒ A voluntary ☐ An involuntary petition under chapter ☐ 7 ☒ 11 ☐ 12 ☐ 13
      was filed on (*date*) 01/22/2016.

   b. ☐ An order to convert this case to chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13
      was entered on (*date*) _____.

   c. ☐ A plan was confirmed on (*date*) _____.

4. **Grounds for Relief from Stay:** Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Nonbankruptcy Action to final judgment in the nonbankruptcy forum for the following reasons:

   a. ☒ Movant seeks recovery ~~only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate.~~ from applicable insurance (identified below), and does NOT waive any deficiency.

   b. ☒ Movant seeks recovery ~~primarily~~ from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

   c. ☒ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

   d. ☒ The Claims are nondischargeable in nature and can be most expeditiously resolved in the nonbankruptcy forum.

   e. ☒ The Claims arise under nonbankruptcy law and can be most expeditiously resolved in the nonbankruptcy forum.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014    Page 3    F 4001-1.RFS.NONBK.MOTION

- f. ☐ The bankruptcy case was filed in bad faith.

    - (1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

    - (2) ☐ The timing of the filing of the bankruptcy petition indicates that it was intended to delay or interfere with the Nonbankruptcy Action.

    - (3) ☐ Multiple bankruptcy cases affect the Nonbankruptcy Action.

    - (4) ☐ The Debtor filed only a few case commencement documents. No schedules or statement of financial affairs (or chapter 13 plan, if appropriate) has been filed.

- g. ☒ Other (*specify*):
    Debtor filed a bare-bones petition. No schedules or statement of financial affairs has been filed by March 4, 2016, the second extended deadline for the Debtor to file said documents. (Dkt. No. 44).

5. **Grounds for Annulment of Stay.** Movant took postpetition actions against the Debtor.

    - a. ☐ The actions were taken before Movant knew that the bankruptcy case had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

    - b. ☐ Although Movant knew the bankruptcy case was filed, Movant previously obtained relief from stay to proceed in the Nonbankruptcy Action in prior bankruptcy cases affecting the Nonbankruptcy Action as set forth in Exhibit. _____.

    - c. ☐ Other (*specify*):

6. **Evidence in Support of Motion:** (*Important Note: declaration(s) in support of the Motion MUST be signed under penalty of perjury and attached to this motion.*)

    - a. ☒ The DECLARATION RE ACTION IN NONBANKRUPTCY FORUM on page 6.

    - b. ☐ Supplemental declaration(s).

    - c. ☐ The statements made by Debtor under penalty of perjury concerning Movant's claims as set forth in Debtor's case commencement documents. Authenticated copies of the relevant portions of the Debtor's case commencement documents are attached as Exhibit. _____.

    - d. ☒ Other evidence (*specify*):
        Exhibit 1 - Draft State Court Complaint against the Debtor and individual Helga Arminak for damages as to California employment claims.

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**Movant requests the following relief:**

1. Relief from the stay pursuant to 11 U.S.C. § 362(d)(1).

2. ☒ Movant may proceed under applicable nonbankruptcy law to enforce its remedies to proceed to final judgment in the nonbankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against the Debtor or property of the Debtor's bankruptcy estate.

3. ☐ The stay is annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant in the Nonbankruptcy Action shall not constitute a violation of the stay.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                          Page 4                                          **F 4001-1.RFS.NONBK.MOTION**

4. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified, or annulled as to the co-debtor, on the same terms and condition as to the Debtor.

5. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

6. ☒ The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Nonbankruptcy Action.

7. ☐ The order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice

8. ☐ Other relief requested.

Date: 03/09/2016

Salvato Law Offices
Printed name of law firm (*if applicable*)

Gregory M. Salvato
Printed name of individual Movant or attorney for Movant

/s/ Gregory M. Salvato
Signature of individual Movant or attorney for Movant

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 5                              F 4001-1.RFS.NONBK.MOTION

# DECLARATION RE ACTION IN NONBANKRUPTCY FORUM

I, (*name of Declarant*) Tara Licata _____, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding (Nonbankruptcy Action) because:

   ☐ I am the Movant.
   ☒ I am Movant's attorney of record in the Nonbankruptcy Action.
   ☐ I am employed by Movant as (*title and capacity*):
   ☐ Other (*specify*):

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the Nonbankruptcy Action. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

3. In the Nonbankruptcy Action, Movant is:

   ☒ Plaintiff
   ☐ Defendant
   ☐ Other (*specify*):

4. The Nonbankruptcy Action ~~is pending as~~ **shall commence upon the Court lifting the automatic stay:**

   a. *Name of Nonbankruptcy Action*: Xi "Sunny" Zhang v. BBeautiful, LLC, Helga Arminak, etc.
   b. *Docket number*: TBD
   c. *Nonbankruptcy court or agency where Nonbankruptcy Action* ~~is pending~~ **shall be filed:**
      Los Angeles Superior Court, State of California

5. **Procedural Status of Nonbankruptcy Action**:

   a. The Claims are:
      Three causes of action related to unfair business practices, violation of California's whistle-blower statute, and retaliation and wrongful termination in violation of California public policy. Plaintiff Zhang seeks damages for Defendants' wrongful conduct. Plaintiff demands a jury trial. A detailed summary of the allegations against the Defendants may be found in the draft complaint attached as Exhibit 1.

   b. True and correct copies of the documents **to be filed** ~~filed in the~~ Nonbankruptcy Action are attached as Exhibit 1 .

   c. The Nonbankruptcy Action was filed on (*date*) _____.

   d. Trial or hearing began/is scheduled to begin on (*date*) _____.

   e. The trial or hearing is estimated to require _____ days (*specify*).

   f. Other plaintiffs in the Nonbankruptcy Action are (*specify*):
      No other plaintiffs. Movant is the only plaintiff.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 6                                    **F 4001-1.RFS.NONBK.MOTION**

g. Other defendants in the Nonbankruptcy Action are (*specify*):

   Chrislie Formulations and Helga Arminak.

5. **Grounds for relief from stay:**

   a. ☒ Movant seeks recovery ~~primarily~~ from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

   b. ☒ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

   c. ☐ Movant seeks recovery ~~only~~ from applicable insurance, ~~if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate.~~ **and does NOT waive any deficiency claim.** The insurance carrier and policy number are (*specify*):

   (A) Cosmetic Insurance Services, P.N. CIS-CL-0010198-3; (B) E-Risk Services, LLC, P.N. EKS3151473; (C) Landmark American Insurance Company, P.N. LHR826107; & (D) Hartford Insurance, P.N. 72WECDQ1957

   d. ☒ The Nonbankruptcy Action can be tried more expeditiously in the nonbankruptcy forum.

   (1) ☐ It is currently set for trial on (*date*) _____.

   (2) ☐ It is in advanced stages of discovery and Movant believes that it will be set for trial by (*date*) _____. The basis for this belief is (*specify*):

   (3) ☒ The Nonbankruptcy Action involves non-debtor parties and a single trial in the nonbankruptcy forum is the most efficient use of judicial resources.

   e. ☐ The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the Nonbankruptcy Action.

   (1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

   (2) ☐ The timing of the filing of the bankruptcy petition indicates it was intended to delay or interfere with the Nonbankruptcy Action based upon the following facts (*specify*):

   (3) ☐ Multiple bankruptcy cases affecting the Property include:

   (A) Case name:
   Case number:                    Chapter:
   Date filed:          Date discharged:          Date dismissed:
   Relief from stay regarding this Nonbankruptcy Action  ☐ was  ☐ was not  granted.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                    Page 7                    F 4001-1.RFS.NONBK.MOTION

    (B) Case name:
    Case number:                          Chapter:
    Date filed:                      Date discharged:           Date dismissed:
    Relief from stay regarding this Nonbankruptcy Action  ☐ was  ☐ was not  granted.

    (C) Case name:
    Case number:                          Chapter:
    Date filed:                      Date discharged:           Date dismissed:
    Relief from stay regarding this Nonbankruptcy Action  ☐ was  ☐ was not  granted.

    ☐ See attached continuation page for information about other bankruptcy cases affecting the Nonbankruptcy Action.

    ☐ See attached continuation page for additional facts establishing that this case was filed in bad faith.

f.  ☒ See attached continuation page for other facts justifying relief from stay.

6.  ☐ Actions taken in the Nonbankruptcy Action after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

    a.  ☐ These actions were taken before Movant knew the bankruptcy petition had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

    b.  ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with the Nonbankruptcy Action enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____

    c.  ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/09/2016 | Tara Licata, Esq. | *Tara Licata* |
|---|---|---|
| Date | Printed name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                  Page 8                            F 4001-1.RFS.NONBK.MOTION

# **CONTINUATION PAGE RE DECLARATION OF TARA LICATA, ESQ.**

## Motion for Relief from the Automatic Stay
### (Action in Non-Bankruptcy Forum)

     1.    Upon lifting of the automatic stay in this bankruptcy case, Movant Zhang shall commence a state court action against the Debtor BBeautiful, LLC and non-debtor parties Helga Arminak, an individual, and Chrislie Formulations (assuming it is a separate entity) in the Los Angeles Superior Court.

     2.    As previously indicated, attached as **Exhibit 1** is a copy of the draft state court complaint against the defendants.

     3.    The complaint alleges three causes of action: (1) Violation of California Business and Professions Code § 17200 et seq. (Unfair Business Practices); (2) Violation of California Labor Code Sections 1102.5 et seq. (Whistleblower Statute); & (3) Retaliation & Wrongful Termination in Violation of Public Policy.

     4.    Each of the causes of action arise solely under California state law, and can be most efficiently litigated in California Superior Court.

     5.    Movant Zhang will also demand a jury trial.

     6.    This Bankruptcy Court does not have jurisdiction over all of the co-defendants (the non-debtor parties). Absent relief, Movant Zhang will need to proceed with the same case under the same set of facts in both the Bankruptcy Court and Superior Court to protect her interests. This would be a very costly and time-consuming endeavor with potentially inconsistent and unfair results.

     7.    The Debtor is vital party to the state court action. Its actions are intertwined with the factual and liability matters at issue, especially with regards to the pattern of wrongful and discriminatory conduct, and retaliatory actions in which the Debtor engaged with its co-defendants against Zhang.

     8.    Attached as **Exhibit 2** are true and correct copies of the declaration pages for each insurance policy as contained in the Debtor's 7-day package filed with the U.S. Trustee.

     9.    Therefore, Movant Zhang respectfully requests that the stay be lifted to permit her to prosecute her claims against the Debtor and non-debtor parties in California state court.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014         Page 9         **F 4001-1.RFS.RP.MOTION**