Alan G. Tippie (CA Bar No. 89587)
  *atippie@sulmeyerlaw.com*
Steven F. Werth (CA Bar No. 205434)
  *swerth@sulmeyerlaw.com*
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Bankruptcy Counsel for BBeautiful, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.  2:16-bk-10799-ER |
| BBEAUTIFUL, LLC,<br>a California limited liability company,<br><br>Debtor. | Chapter 11<br><br>**SUBMISSION BY CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION OF SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND RELATED DOCUMENTS** |
| Tax ID # 20-5922946 | {No Hearing Required} |

BBeautiful, LLC, a California limited liability company, debtor and debtor in possession in the above-captioned bankruptcy case, hereby submits its Schedules, Statement of Financial Affairs, and all other related documentation.

DATED: March 10, 2016                 Respectfully submitted,

                                      **Sulmeyer**Kupetz
                                      A Professional Corporation


                                      By:    /s/ Steven F. Werth
                                            Alan J. Tippie
                                            Steven F. Werth
                                            Bankruptcy Counsel for BBeautiful, LLC

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

**Fill in this information to identify the case:**

Debtor name    BBEAUTIFUL  LLC, a California limited liability company

United States Bankruptcy Court for the.    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2 16-bk-10799-ER

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

   Declaration and signature

I am the president, another officer, or an authorized agent of the corporation, a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☑ *Schedule H: Codebtors (Official Form 206H)*
- ☑ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☑ Other document that requires a declaration    Statement of Financial Affairs
      Corporate Ownership Statement
      Compensation Statement of Attorney for Debtor

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/10/16    x _____
                                   Signature of individual signing on behalf of debtor

                                   Helga Arminak
                                   Printed name

                                   Operating Manager
                                   Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br><br>Alan G. Tippie (CA State Bar No. 89587)<br>Steven F. Werth (CA State Bar No. 205434)<br>**Sulmeyer**Kupetz, A Professional Corporation<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520<br><br>www.sulmeyerlaw.com<br><br><br><br><br><br><br><br>☑ *Attorney for: BBeautiful, LLC* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>    BBEAUTIFUL, LLC, a California limited liability<br>    company<br><br>                                       Debtor(s),<br><br>                                  Plaintiff(s),<br><br><br><br>                               Defendant(s). | CASE NO.: 2:16-bk-10799-ER<br>ADVERSARY NO.:<br>CHAPTER:   11<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  <u>Helga Arminak</u>  , the undersigned in the above-captioned case, hereby declare
             *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                         **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:
   - ☑ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

         Helga Arminak:  99%

b.      There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| March 9, 2016 | By: _____ |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name:  BBEAUTIFUL, LLC |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012          **F 1007-4.CORP.OWNERSHIP.STMT**

# United States Bankruptcy Court
## Central District of California

In re    BBEAUTIFUL, LLC, a California limited liability company

Debtor(s)

Case No.    2:16-bk-10799-ER

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Helga Arminak<br>2312 Kinclair Drive<br>Pasadena, CA 91107 | Common Stock | 99% | Ownership |
| Roger Abadjian<br>2334 Kinclair Drive<br>Pasadena, CA 91107 | | 1% | Ownership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Operating Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    3/10/16

Signature _____
Helga Arminak

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
     against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
     copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
     corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
     and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
     assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property
     included in Schedule A that was filed with any such prior proceeding(s).)
     None

2.   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
     Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
     debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
     debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the
     complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
     and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list
     any real property included in Schedule A that was filed with any such prior proceeding(s).)
     None

3.   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
     previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
     of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
     of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms
     or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each
     such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether
     still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A
     that was filed with any such prior proceeding(s).)
     None

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
     been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior
     proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still
     pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A
     that was filed with any such prior proceeding(s).)
     None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Azusa_____ , California.

Date:   _3/10/16_____

Helga Arminak
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1              **F 1015-2.1.STMT.RELATED.CASES**

Fill in this information to identify the case:

Debtor name    BBEAUTIFUL, LLC, a California limited liability company

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:16-bk-10799-ER

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $    0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $    2,971,656.55

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $    2,971,656.55

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    462,574.82

4. **Total liabilities** ..................................................................................................
    Lines 2 + 3a + 3b      $    462,574.82

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | BBEAUTIFUL, LLC, a California limited liability company |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 2:16-bk-10799-ER |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $250.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 4476 | $109,160.30 |
| 3.2. | Bank of America | Merchant | 5881 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $109,410.30 |

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | Case number *(If known)* | 2:16-bk-10799-ER |
|---|---|---|---|
| | Name | | |

| 8.1. | Lease on Real Property located at 1361 Mountain View Circle in Azusa, California  91702 | $0.00 |
|---|---|---|

| 9. | **Total of Part 2.** | $0.00 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | 1,163,557.21 | - | 78,572.10 = .... | $1,084,985.11 |
| | | face amount | | doubtful or uncollectible accounts | |

| | 11b. Over 90 days old: | 264,864.24 | - | 124,107.62 =.... | $140,756.62 |
|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | $1,225,741.73 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
|      Beauty Products | December 4-6, 2015 | $0.00 | | $1,636,504.52 |

| 22. | **Other inventory or supplies** | |
|---|---|---|

| 23. | **Total of Part 5.** | $1,636,504.52 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

| 24. | **Is any of the property listed in Part 5 perishable?** |
|---|---|

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | Case number *(If known)* 2:16-bk-10799-ER |
|---|---|---|
| | Name | |

■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2015 MercedesBenz S63V4 (Leased) | $0.00 | | Unknown |
| 47.2.  2015 Porsche Cayenne (Leased) | $0.00 | | Unknown |
| 47.3.  2013 Honda Civic (Leased) | $0.00 | | Unknown |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $0.00 |
|---|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | Case number *(If known)* | 2:16-bk-10799-ER |
|---|---|---|---|
| | Name | | |

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    Lease on Real Property located at 1361 Mountain View Circle in Azusa, California 91702 | Lessee | $0.00 | | $0.00 |

56.    **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** Patents, Service Marks | $0.00 | | Unknown |
| 61.    **Internet domain names and websites** www.bebeautiful.com | $0.00 | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | Case number *(If known)* | 2:16-bk-10799-ER |
|---|---|---|---|
| | Name | | |

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | Case number *(If known)* | 2:16-bk-10799-ER |
|---|---|---|---|
| | Name | | |

---

**Part 12:**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $109,410.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,225,741.73 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,636,504.52 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,971,656.55 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,971,656.55 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __BBEAUTIFUL, LLC, a California limited liability company__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __2:16-bk-10799-ER__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: BBEAUTIFUL, LLC, a California limited liability company

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 2:16-bk-10799-ER

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>Post Office Box 826880<br>Sacramento, CA 94280 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>For Notice Purposes Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Franchise Tax Board<br>Bankruptcy Unit, MS:A-340<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>For Notice Purposes Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    34090                    Best Case Bankruptcy

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | Case number (if known) | 2:16-bk-10799-ER |
|--------|------------------------------------------------------|------------------------|------------------|
|        | Name |  |  |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|--------|--------|--------|--------|

**2.3**  Priority creditor's name and mailing address

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is:                         $0.00      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4**  Priority creditor's name and mailing address

Los Angeles County Tax Collector
Post Office Box 54110
Los Angeles, CA 90054-0110

As of the petition filing date, the claim is:                         $0.00      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5**  Priority creditor's name and mailing address

State Board of Equalization
Post Office Box 942879
Sacramento, CA 94279-6001

As of the petition filing date, the claim is:                         $0.00      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6**  Priority creditor's name and mailing address

U.S. Securities Exchange
Commission
Attn: Bankruptcy Counsel
444 South Flower Street
Suite 900
Los Angeles, CA 90071

As of the petition filing date, the claim is:                         $0.00      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | Case number (if known) | 2:16-bk-10799-ER |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,330.80 |
|---|---|---|---|
| | 220 Labs | ☐ Contingent | |
| | 2375 3rd Street | ☐ Unliquidated | |
| | Riverside, CA 92507 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,452.60 |
|---|---|---|---|
| | A & K Labels, Inc. | ☐ Contingent | |
| | 3177 Glendale Boulevard | ☐ Unliquidated | |
| | Los Angeles, CA 90039 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,950.00 |
|---|---|---|---|
| | Acorn Paper Products Company | ☐ Contingent | |
| | 3686 East Olympic Boulevard | ☐ Unliquidated | |
| | Los Angeles, CA 90023 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Alpha Packaging | | |
| | c/o Wendi Alper-Pressman, Esq. | ☐ Contingent | |
| | 7701 Forsyth Boulevard | ☐ Unliquidated | |
| | Suite 500 | ☐ Disputed | |
| | Saint Louis, MO 63105 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Athens Services | ☐ Contingent | |
| | Post Office Box 60009 | ☐ Unliquidated | |
| | City of Industry, CA 91716 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number** 0135 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Azusa Light & Water | ☐ Contingent | |
| | Post Office Box 7030 | ☐ Unliquidated | |
| | Artesia, CA 90702 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number** 9302 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,979.49 |
|---|---|---|---|
| | Cal West/Vanitas, Inc. | ☐ Contingent | |
| | 21580 Wilmington Avenue | ☐ Unliquidated | |
| | Long Beach, CA 90810 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | Case number (if known) | 2:16-bk-10799-ER |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,299.85 |
|---|---|---|---|
| | Cosmetic Enterprises, Ltd. | ☐ Contingent | |
| | 12846 Pierce Street | ☐ Unliquidated | |
| | Pacoima, CA 91331 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,625.00 |
|---|---|---|---|
| | Creative Age/Launchpad | ☐ Contingent | |
| | 7628 Densmore Avenue | ☐ Unliquidated | |
| | Van Nuys, CA 91406 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,300.00 |
|---|---|---|---|
| | Dot Graphics | ☐ Contingent | |
| | 9655 De Soto Avenue | ☐ Unliquidated | |
| | Chatsworth, CA 91311 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | E.R.S. Security Alarm Systems, Inc. | ☐ Contingent | |
| | 4538 Santa Anita Avenue | ☐ Unliquidated | |
| | El Monte, CA 91731 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number** 1884 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,584.14 |
|---|---|---|---|
| | FedEx | ☐ Contingent | |
| | Post Office Box 7221 | ☐ Unliquidated | |
| | Pasadena, CA 91109 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,571.65 |
|---|---|---|---|
| | FMK Labs | ☐ Contingent | |
| | 1690 North Delilah Street | ☐ Unliquidated | |
| | Corona, CA 92879 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Helga Arminak | ☐ Contingent | |
| | 2312 Kinclair Drive | ☐ Unliquidated | |
| | Azusa, CA 91702 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Loan | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | Case number *(if known)* | 2:16-bk-10799-ER |
|---|---|---|---|
| | Name | | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,894.20 |
|---|---|---|---|

Kindvast Paper Display Co., Ltd.
Headquarters - Building A
No. 1 Furul Road, Shenzhen
Guangdong 518103
China

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Level (3) Communications
TW Telecom Holdings, LLC
Agent:  CT Corporation System
818 West 7th Street
Los Angeles, CA 90071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Utilities__

**Last 4 digits of account number** _2170_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

Michelle Money

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,650.00 |
|---|---|---|---|

Multiview, Inc.
Post Office Box 202696
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,072.95 |
|---|---|---|---|

New Look Cosmetics
20200 Sunburst Street
Chatsworth, CA 91311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Ocean Blue, Inc.
Teamworkwork Packaging
Post Office Box 33056
Riverside, CA 92519

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __For Notice Purposes Only__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,213.00 |
|---|---|---|---|

Ocean Blue, Inc. d/b/a
Teamwork Packaging
c/o Robert A. Wilks, Esq.
1801 Parkcourt Place, Suite F-102
Santa Ana, CA 92701

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Pending Litigation__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | Case number (if known) | 2:16-bk-10799-ER |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,990.00 |
|---|---|---|---|

Panjiva, Inc.
Post Office box 674917
Detroit, MI 48267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,824.00 |
|---|---|---|---|

PR Newsire/MultiVu
G.P.O. Box 5897
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,590.00 |
|---|---|---|---|

Repetoire Consulting LLC
Compliance
32740 Ortega Highway
Lake Elsinore, CA 92530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,707.14 |
|---|---|---|---|

Select Staffing
Post Office Box 512007
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |
|---|---|---|---|

Successor Directors Management LLC
1125 East Broadway
Suite 85
Glendale, CA 91205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

The Gas Company
Post Office Box C
Monterey Park, CA 91756

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  7289

Basis for the claim:  Utilities

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Too Faced Cosmetics, LLC
J. Rick Tache/Susan Heller, Esqs.
Greenberg Traurig, LLP
3161 Michelson Drive, Suite 1000
Irvine, CA 92612

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Pending Litigation

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | Case number (if known) | 2:16-bk-10799-ER |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,200.00 |
|---|---|---|---|
| | TrueERP, Inc.<br>17744 Skypark Circle<br>Irvine, CA 92614 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Business Debt_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|
| | Wrike, Inc.<br>200 West Evelyn Avenue<br>Mountain View, CA 94041 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Business Debt_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,340.00 |
|---|---|---|---|
| | Yes Online, Assignee of Record for<br>Repetoire Consulting, LLC<br>c/o Anne Singer, Esq.<br>199 West Hillcrest Drive<br>Thousand Oaks, CA 91360 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Pending Litigation_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Athens Services<br>14048 East Valley Boulevard<br>La Puente, CA 91746 | Line  3.5<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Azusa Light & Water<br>729 North Azusa Avenue<br>Azusa, CA 91702 | Line  3.6<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Maxwell Blecher/Jennifer Elkayam<br>Blecher, Collins, Pepperman & Joy<br>515 South Figueroa Street<br>Suite 1750<br>Los Angeles, CA 90071 | Line  3.21<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Multiview, Inc.<br>7701 Las Colinas Ridge<br>Suite 800<br>Irving, TX 75063 | Line  3.18<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Select Staffing<br>Corporate Office<br>3820 State Street<br>Santa Barbara, CA 93105 | Line  3.25<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | Case number (if known) | 2:16-bk-10799-ER |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | The Gas Company<br>555 West 5th Street<br>Los Angeles, CA 90013 | Line  3.27<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  **+** | $ | 462,574.82 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 462,574.82 |

**Fill in this information to identify the case:**

Debtor name _____ BBEAUTIFUL, LLC, a California limited liability company _____

United States Bankruptcy Court for the: _____ CENTRAL DISTRICT OF CALIFORNIA _____

Case number (if known) _____ 2:16-bk-10799-ER _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | 2015 Porsche Cayenne VIN WP1AB2A22FLA56683 | |
| State the term remaining | Lease Term is 39 months (from August 2, 2015) | Beverly Hills Porsche 8425 Wilshire Boulevard Beverly Hills, CA 90211 |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | Software Business Management System | |
| State the term remaining | Through December 22, 2016 | ERP Software Business Management 17744 Skypark Circle Irvine, CA 92614 |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | Lease of 2015 Mercedes S63V4 VIN WDDUG7JB2FA163411 | |
| State the term remaining | Lease Expires March 27, 2019 | Rusnak Arcadia 55 West Huntington Drive Arcadia, CA 91007 |
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | Lease on Real Property located at 1361 Mountain View Circle in Azusa, California  91702 | |
| State the term remaining | April 1, 2015 - April 1, 2018 | Successors Directors Management LLC 1125 East Broadway Suite 85 Glendale, CA 91205 |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    BBEAUTIFUL, LLC, a California limited liability company

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:16-bk-10799-ER

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name ___BBEAUTIFUL, LLC, a California limited liability company___

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:16-bk-10799-ER___

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 1/01/2016 to Filing Date | ■ Operating a business ☐ Other _____ | $266,181.53 |
| For prior year: From 1/01/2015 to 12/31/2015 | ■ Operating a business ☐ Other _____ | $5,777,394.54 |
| For year before that: From 1/01/2014 to 12/31/2014 | ■ Operating a business ☐ Other _____ | $2,738,096.95 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | | Case number *(if known)* 2:16-bk-10799-ER |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    PLEASE SEE ATTACHED LISTING | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Helga Arminak<br>2312 Kinclair Drive<br>Pasadena, CA 91107<br>President | November 23, 2015 - January 22, 2016 | $35,757.90 | Personal Credit Card Reimbursement |
| 4.2.   Carolina Kishimoto<br>1361 Mountain View Circle<br>Azusa, CA 91702<br>Chief Operating Officer | January 1, 2015 - December 31, 2015 | $118,000.00 | Salary |
| 4.3.   Helga Arminak<br>2312 Kinclair Drive<br>Pasadena, CA 91107<br>President | January 22, 2016 | $100,000.00 | Loan Reimbursement |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    BBEAUTIFUL, LLC, a California limited liability company _____    Case number (if known) 2:16-bk-10799-ER

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Too Faced Cosmetics, LLC v. Chrislie Formulations, LLC, etc. and BBeautiful, LLC, etc. 8:16-cv-00033-JLS-DFM | Federal Trade Dress Infringement/Unfair Competition False Advertising Unfair Business Practices Common Law Copyright Infringement | United States District Court Central District of California Southern Division 411 West Fourth Street Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | Case number *(if known)* | 2:16-bk-10799-ER |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | SulmeyerKupetz, APC 333 South Hope Street 35th Floor Los Angeles, CA 90071-1406 | | January 22, 2016 | $37,400.00 |
| | **Email or website address** www.sulmeyerlaw.com | | | |
| | **Who made the payment, if not debtor?** Debtor ($37,000.00); Helga Arminak, President of Debtor ($400.00) | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1350 Mountain View Circle Azusa, CA 91702 | 2007 - July 1, 2015 |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | Case number *(if known)* 2:16-bk-10799-ER |
|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Helga Arminak | | Helga Arminak pledged $1 million to Bank of America as collateral for a line of credit issued to BBeautiful, LLC | $0.00 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | Case number *(if known)* 2:16-bk-10799-ER |
|---|---|---|

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | Carolina Kishimoto<br>1361 Mountain View Circle<br>Azusa, CA 91702 | July 9, 2013 through<br>September 30, 2015 |
| 26a.2. | (Sabrina) Tseng, Huanchiung<br>609 Fairview Avenue<br>No. 11<br>Arcadia, CA 91007 | October 1, 2015<br>through December<br>11, 2015 |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | BBEAUTIFUL, LLC, a California limited liability company | Case number (if known) | 2:16-bk-10799-ER |

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Henry Chan CPA<br>1600 West Sunset Boulevard<br>Suite 201<br>Pacific Palisades, CA 90272 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Cipriano Reyes | December 4-6 2015 | $1,597,970.00 |

| Name and address of the person who has possession of inventory records |
|---|
| Carolina Kishimoto<br>1361 Mountain View Circle<br>Azusa, CA 91702 |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tom Habrock | 1361 Mountain View Circle<br>Azusa, CA 91702 | Chief Financial Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carolina Kishimoto | 1361 Mountain View Circle<br>Azusa, CA 91702 | Chief Executive Officer | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Debtor    BBEAUTIFUL, LLC, a California limited liability company      Case number *(if known)*   2:16-bk-10799-ER

loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Tom Consulting | | December 2, 2015 - January 31, 2016 | Chief Financial Officer Services |

| Relationship to debtor |
|---|
| Chief Financial Officer |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    BBEAUTIFUL, LLC, a California limited liability company          Case number (if known)  2:16-bk-10799-ER

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     2/10/16

_____          _____
Signature of individual signing on behalf of the debtor          Helga Arminak
                                                                 Printed name

Position or relationship to debtor    Operating Manager

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

**STATEMENT OF FINANCIAL AFFAIRS
QUESTION NO. 3**

**Your checking account**



# Bank of America 📈

**BBEAUTIFUL LLC   |   Account # 0001 6275 4476   |   January 1, 2016 to January 31, 2016**

## Checks - continued

| Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|
| 01/07 | 5577 | 813004142002342 | -2,000.00 |
| 01/07 | 5578 | 813003092933262 | -378.12 |
| 01/07 | 5579 | 813004142389823 | -1,867.90 |
| 01/04 | 5580 | 813002152541019 | -635.39 |
| 01/04 | 5581 | 813008892296002 | -1,000.00 |
| 01/04 | 5582 | 813005292014356 | -7,000.00 |
| 01/04 | 5585* | 813008792387782 | -1,923.08 |
| 01/28 | 5588* | 813004792368633 | -506.04 |
| 01/11 | 5589 | 813008392348127 | -2,978.19 |
| 01/11 | 5590 | 813004192895313 | -8,194.97 |
| 01/06 | 5591 | 813009592921920 | -950.00 |
| 01/11 | 5593* | 813004392922849 | -947.90 |
| 01/13 | 5594 | 813009192402215 | -4.00 |
| 01/11 | 5595 | 813007092002400 | -400.10 |
| 01/11 | 5597* | 813006992281747 | -4,450.53 |
| 01/12 | 5598 | 813003142839961 | -1,001.00 |
| 01/12 | 5599 | 813004592894583 | -1,424.83 |
| 01/12 | 5600 | 813004692193587 | -680.00 |
| 01/12 | 5601 | 813008892059978 | -78.48 |
| 01/11 | 5602 | 813003142030223 | -13,000.00 |
| 01/11 | 5603 | 813002212171855 | -1,400.00 |
| 01/08 | 5604 | 813004942937248 | -2,000.00 |
| 01/11 | 5605 | 813008392523295 | -1,264.40 |
| 01/08 | 5606 | 813008292204118 | -882.42 |
| 01/11 | 5607 | 813008392638208 | -1,923.08 |
| 01/11 | 5608 | 813008492266605 | -1,610.00 |
| 01/14 | 5609 | 813005342094476 | -2,500.00 |
| 01/19 | 5610 | 813009792447924 | -7,500.00 |

| Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|
| 01/19 | 5612* | 813009892412013 | -175.29 |
| 01/25 | 5613 | 813003942415857 | -35.00 |
| 01/19 | 5614 | 813008192369175 | -1,428.85 |
| 01/19 | 5621* | 813006392644411 | -83.79 |
| 01/20 | 5623* | 813005592712048 | -638.89 |
| 01/28 | 5624 | 813004792497232 | -53.19 |
| 01/22 | 5651* | 813008692844080 | -1,011.03 |
| 01/25 | 5652 | 813006092606005 | -12,779.00 |
| 01/21 | 5653 | 813003742590151 | -2,000.00 |
| 01/21 | 5654 | 813003742590152 | -565.85 |
| 01/25 | 5658* | 813008892721431 | -250.00 |
| 01/22 | 5659 | 813004442476799 | -2,083.88 |
| 01/22 | 5661* | 813008692647547 | -1,287.09 |
| 01/22 | 5662 | 813008692655005 | -1,773.40 |
| 01/22 | 5665* | 813003842318195 | -610.92 |
| 01/29 | 5666 | 813008092022015 | -136.56 |
| 01/28 | 5667 | 813009792199783 | -1,249.20 |
| 01/28 | 5669* | 813009792266030 | -1,273.00 |
| 01/08 | 10283* | 813008292358405 | -1,483.75 |
| 01/11 | 10284 | 813008692008098 | -612.30 |
| 01/11 | 10285 | 813008392513394 | -1,996.37 |
| 01/19 | 10286 | 813009692305605 | -716.07 |
| 01/22 | 10287 | 813003842491014 | -3,375.87 |
| 01/22 | 10288 | 813008692419566 | -1,378.98 |
| 01/25 | 10289 | 813008992293512 | -1,146.56 |
| 01/25 | 10290 | 813008892721823 | -2,044.73 |
| 01/22 | 10291 | 813008692654483 | -1,688.94 |
| 01/25 | 10292 | 813008892728797 | -1,352.17 |

**Total checks**                   **-$121,893.77**
**Total # of checks**                        **74**

*There is a gap in sequential check numbers*

| Row Labels | Sum of Credit | |
|---|---|---|
| | $ - | |
| Early Sullivan Wright Gizer & Mcrae LLP | $ | 75,000.00 Early Sullivan Wright Gizer & Mcra |
| Cal Western/ Vanitas Inc. | $ | 50,632.36 Cal Western/ Vanitas Inc. |
| OSM Worldwide | $ | 50,000.00 OSM Worldwide |
| Successor Directors Management, LLC | $ | 39,000.00 Successor Directors Management, |
| sulmeyerKupetz Trust Account | $ | 37,000.00 SulmeyerKupetz Trust Account |
| Osilan Cosmetics Co., Ltd. | $ | 36,362.54 Osilan Cosmetics Co., Ltd. |
| Virat V. Patel | $ | 35,000.00 Virat V. Patel |
| Bause Cosmetics Co., Ltd | $ | 34,470.08 Bause Cosmetics Co., Ltd |
| TrueERP Inc | $ | 32,679.00 TrueERP Inc |
| Weida Freight System, Inc. | $ | 31,970.54 Weida Freight System, Inc. |
| Novabella, Inc. | $ | 28,772.85 Novabella, Inc. |
| Christopher A Bainbridge | $ | 27,688.92 Christopher A Bainbridge |
| Delight Slotemaker de Bruine | $ | 26,659.56 Delight Slotemaker de Bruine |
| FirstMile | $ | 25,810.79 FirstMile |
| Los Angeles County Tax Collector | $ | 25,616.44 Los Angeles County Tax Collector |
| Select Staffing | $ | 24,387.03 Select Staffing |
| Jeric Leviste | $ | 20,973.97 Jeric Leviste |
| Hongwang Nicemay Electric Co. Ltd. | $ | 20,300.00 Hongwang Nicemay Electric Co. Lt |
| FMK LABS {v} | $ | 19,796.79 FMK LABS {v} |
| International Reseach Services, Inc. | $ | 18,000.00 International Reseach Services, Inc |
| Allen & Thomas Cosmetic Accessories Co | $ | 17,944.21 Allen & Thomas Cosmetic Accesso |
| Botanx | $ | 16,315.39 Botanx |
| B&F Cosemetics Co. Ltd | $ | 16,258.00 B&F Cosemetics Co. Ltd |
| The Ant Hill Consulting Group, LLC | $ | 15,950.00 The Ant Hill Consulting Group, LLC |
| Health Net (1) | $ | 14,467.91 Health Net (1) |
| Dot Graphics | $ | 14,060.68 Dot Graphics |
| Zhuhai East Kingdom Electrical Appliance | $ | 13,709.60 Zhuhai East Kingdom Electrical App |
| Christina A. Fuentes | $ | 13,211.88 Christina A. Fuentes |
| Uline | $ | 13,119.60 Uline |
| Team Handling Service | $ | 12,831.51 Team Handling Service |
| Jiangyin Jadewell Plastic Co. Ltd. | $ | 11,896.00 Jiangyin Jadewell Plastic Co. Ltd. |
| Cliff H Chen | $ | 11,538.48 Cliff H Chen |
| Linda Gutierrez | $ | 11,345.40 Linda Gutierrez |
| A&K Labels Inc | $ | 9,984.60 A&K Labels Inc |
| Express Services, Inc. | $ | 9,416.34 Express Services, Inc. |
| Overseas Freight, Inc. | $ | 9,049.25 Overseas Freight, Inc. |
| Alpha Packaging | $ | 8,652.60 Alpha Packaging |
| Mercedes-Benz Financial Services | $ | 8,190.00 Mercedes-Benz Financial Services |
| Roadforce | $ | 7,590.68 Roadforce |
| Accurate Material Handling | $ | 7,162.80 Accurate Material Handling |
| Kleinberg & Lerner, LLP | $ | 6,771.70 Kleinberg & Lerner, LLP |
| Oceanstar Express Company Inc. | $ | 6,674.30 Oceanstar Express Company Inc. |
| WERCS | $ | 6,255.00 WERCS |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    BBEAUTIFUL, LLC, a California limited liability company      Case No.   2:16-bk-10799-ER

Debtor(s)      Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $   37,400.00 |
| Prior to the filing of this statement I have received | $   37,400.00 |
| Balance Due | $   To be determined, based on hourly charges |

2. The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify):   Debtor paid $37,000.00
Helga Arminak, President of Debtor, paid $400.00

3. The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 10, 2016
*Date*

Alan G. Tippie 89587
*Signature of Attorney*
SulmeyerKupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406
213.626.2311  Fax: 213.629.4520
www.sulmeyerlaw.com
*Name of law firm*

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Alan G. Tippie (CA State Bar No. 89587)<br>Steven F. Werth (CA State Bar No. 205434)<br>**SulmeyerKupetz**, A Professional Corporation<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520<br><br>www.sulmeyerlaw.com | |

☐  *Debtor(s) appearing without an attorney*
☑  *Attorney for Debtor BBeautiful, LLC*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>BBEAUTIFUL, LLC, a California limited liability company | CASE NO.: 2:16-bk-10799-ER<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _8_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:   March 4, 2016

Helga Arminak
Operating Manager of BBeautiful, LLC

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                    **F 1007-1.MAILING.LIST.VERIFICATION**