GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatolawoffices.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatolawoffices.com
SALVATO LAW OFFICES
Wells Fargo Center
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071-9500
Telephone:   (213) 484-8400
Facsimile:    (213) 402-3778

Attorneys for Claimant
XI "SUNNY" ZHANG

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES

| | |
|---|---|
| In re:<br><br>BBEAUTIFUL, LLC,<br><br>          Debtor. | Case No. 2:16-bk-10799-ER<br><br>Chapter 11<br><br>**Evidentiary Objections and Motion to Strike Scandalous and Defamatory Allegations in the Exhibits of Debtor BBeautiful, LLC in Support of its Opposition to Xi Zhang's Motion for Relief from the Automatic Stay [FRBP 9018; Bankruptcy Code § 107(b)(2)]**<br><br>Hearing Date:<br>Date:   April 4, 2016<br>Time:  10:00 a.m.<br>Place:  Courtroom 1568<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

SALVATO LAW OFFICES

Claimant Xi "Sunny" Zhang hereby objects to the evidence submitted by Debtor BBeautiful, LLC in support of its opposition to Ms. Zhang's motion for relief from the automatic stay filed on March 21, 2016 (Dkt. No. 59), and requests that such testimony be stricken under Bankruptcy Code Section 107(b)(2) and Federal Rule of Bankruptcy Procedure 9018.

## **EVIDENTIARY OBJECTIONS TO EXHIBITS 1, 2 & 3**

The Debtor's opposition requests that the Court take judicial notice of three exhibits. (Dkt. No. 59: Opposition at p.10, fns. 1-3). The Debtor did not submit a separate declaration authenticating the exhibits. As demonstrated by the Debtor's lengthy discussion of Ms. Zhang's purportedly immoral character and motivations, the Debtor inappropriately seeks that the Court take judicial notice of the allegations and the truth of the statements contained in the documents. (Opposition at pp. 9-12). They are not proper documents for judicial notice, and the Debtor's request for judicial notice should be denied in its entirety.

**Objection No. 1**:

"A true and correct copy of the Criminal Judgment is attached hereto as **Exhibit 1** and by this reference is incorporated herein. Pursuant to Federal Rule of Evidence 201, Debtor requests that the Court take judicial notice of the Judgment." (Opposition at p.10, fn. 1).

**Grounds for Objection No. 1**:

1. Irrelevant. (FRE 401 & 402).
2. Inadmissible hearsay. (FRE 801 & 802).
3. Argumentative and scandalous. (FRBP 9018).

//

//

//

**Objection No. 2**:

"A true and correct copy of the Appellate Court Memorandum submitted April 6, 2010 is attached hereto as **Exhibit 2** and by this reference is incorporated herein. Pursuant to Federal Rule of Evidence 201, Debtor requests that the Court take judicial notice of the Memorandum." (Opposition at p.10, fn. 2).

**Grounds for Objection No. 2**:

1. Irrelevant. (FRE 401 & 402).
2. Inadmissible hearsay. (FRE 801 & 802).
3. Argumentative and scandalous. (FRBP 9018).

**Objection No. 3**:

"A true and correct copy of the Verdusco Judgment, entered September 23, 2014, and the complaint from which it was issued are collectively attached hereto as **Exhibit 3** and by this reference are incorporated herein. Pursuant to Federal Rule of Evidence 201, Debtor requests that the Court take judicial notice of the Judgment and the Complaint." (Opposition at p.10, fn. 3).

**Grounds for Objection No. 3**:

1. Irrelevant. (FRE 401 & 402).
2. Inadmissible hearsay. (FRE 801 & 802).
3. Argumentative and scandalous. (FRBP 9018).

## REQUEST TO STRIKE ALLEGATIONS AND EXHIBITS
## PURSUANT TO BANKRUPTCY CODE § 107(b) & FRBP 9018

The Court may issue an order to protect an individual against scandalous or defamatory matters contained in any paper filed with the Court. Bankruptcy Code Section 107(b)(2) provides that "On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may… (2) protect a person with respect to scandalous or defamatory matter contained in a paper filed in a case under

SALVATO LAW OFFICES

Evidentiary Objections and Motion to Strike    -3-    In re BBeautiful, LLC, Debtor
Scandalous and Defamatory Allegations                Case No. 2:16-bk-10799-ER

this title."

Rule 9018 of the Federal Rules of Bankruptcy Procedure is the procedural rule related to Section 107(b). FRBP 9018 provides in relevant part that "On motion or on its own initiative, with or without notice, the court may make any order which justice requires … (2) to protect any entity against scandalous or defamatory matter contained in any paper filed in a case under the Code..."

Case law has defined what it means to be scandalous. "Under ordinary usage, then, matter is 'scandalous' if it is disgraceful, offensive, shameful and the like … We therefore hold that the party seeking non-disclosure must establish only that the matter is scandalous as that word is commonly used." *Father M. v. Various Tort Claimants*, 661 F.3d 417, 432-33 (9th Cir. 2011); *In re 2TheMart.com, Inc. Sec. Litig*., 114 F.Supp.2d 955, 965 (C.D. Cal. 2000) (under Rule 12(f), scandalous includes allegations that cast a cruelly derogatory light on a party or another person).

Here, Debtor's statements and exhibits in its opposition to the relief from stay motion are scandalous, as they disparage Ms. Zhang and are meant to be offensive and discredit her for purported actions wholly unrelated to the issues before the Court. (Dkt. No. 59).

The Debtor has no qualms with asking the Court to deny Ms. Zhang's motion based solely on her alleged moral character. (Dkt. No. 59 at pp. 9-11). The Debtor regales the Court with hearsay allegations demonstrating Ms. Zhang's evil character and fraudulent intent, which the Debtor contends the Court should entertain in denying her an opportunity to bring her California employment-related claims against the Debtor and its owner in state court before a jury. For example, in offending and attacking Ms. Zhang's character through counsel (as no declaration is attached under penalty of perjury), the Debtor states that:

"As a Court of equity, this Court should give consideration to the character of the Movant, as reflected in recent criminal and civil judgments entered against her." (Dkt. No. 59 at p. 9, lines 23-24). "The above judgments, both

1 civil and criminal, demonstrate the untrustworthy and fraudulent character
2 of the Movant…These recent federal and state law violations reveal the true
3 character of Movant -that she will intentionally flaunt federal criminal
4 statutes and commit fraud upon individuals for financial gain. The action
5 that she seeks to file against the Debtor smells of the same motivation and
6 the Court should not facilitate such conduct." (Dkt. No. 59 at p. 11, lines 5-
7 11).

The Court should not entertain these derogatory attacks on Ms. Zhang's character, especially where the purported bad acts are irrelevant and have no bearing on the merits of Ms. Zhang's relief from stay motion. Simply, the exhibits relied upon by the Debtor for its offensive attacks are irrelevant to any issue before the Court. The arguments made in Debtor's opposition are scandalous. The sole purpose of the documents is to attack the character of Ms. Zhang *in opposition to a relief from stay motion* to evoke an emotional response, downplay the serious allegations made by Ms. Zhang against the Debtor and its principal in the state court complaint, and divert the Court's attention from the issues before it in a relief from stay motion. This is highly inappropriate, and the allegations and exhibits should be stricken from the record.

Dated:  March 28, 2016                    SALVATO LAW OFFICES

                                          */s/ Gregory M. Salvato*
                                          By: _____
                                              Gregory M. Salvato
                                              Joseph Boufadel

                                          Attorneys for Claimant
                                          XI "SUNNY" ZHANG

SALVATO LAW OFFICES

Evidentiary Objections and Motion to Strike            -5-            In re BBeautiful, LLC, Debtor
Scandalous and Defamatory Allegations                                 Case No. 2:16-bk-10799-ER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Salvato Law Offices, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071-9500**

A true and correct copy of the foregoing document entitled (*specify*): **Evidentiary Objections and Motion to Strike Scandalous and Defamatory Allegations in the Exhibits of Debtor BBeautiful, LLC in Support of its Opposition to Xi Zhang's Motion for Relief from the Automatic Stay [FRBP 9018; Bankruptcy Code § 107(b)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **<u>03/28/2016</u>**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kelly L Morrison** on behalf of the United States Trustee's Office
  kelly.l.morrison@usdoj.gov
- **Hatty K Yip** on behalf of the United States Trustee's Office
  hatty.yip@usdoj.gov
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Gregory M Salvato** on behalf of Creditor Xi "Sunny" Zhang
  gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com
- **Howard Steinberg**  request for courtesy notification
  steinbergh@gtlaw.com, pearsallt@gtlaw.com; laik@gtlaw.com
- **Alan G Tippie**  on behalf of the Debtor
   atippie@sulmeyerlaw.com, ppenn@sulmeyerlaw.com; atippie@ecf.inforuptcy.com ;ppenn@ecf.inforuptcy.com
- **Steven Werth**  on behalf of the Debtor
  swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; slee@sulmeyerlaw.com; slee@ecf.inforuptcy.com; asokolowski@ecf.inforuptcy.com; swerth@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) **<u>03/28/2016</u>**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Debtor</u>
BBeautiful, LLC
1361 Mountain View Circle
Azusa, CA 91702

☐ Service information continued on attached page

//
//
//
//
//
//
//

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                        Page 1                **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **03/28/2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

<u>Overnight</u>
Honorable Ernest M. Robles
United States Bankruptcy Judge
255 E. Temple Street, Suite 1560
Los Angeles, California, 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/28/2016 | Rene Pena | /s/ Rene Pena |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.