Alan G. Tippie (CA Bar No. 89587)
  atippie@sulmeyerlaw.com
Steven F. Werth (CA Bar No. 205434)
  swerth@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California  90071-1406
Telephone: 213.626.2311
Fax: 213.629.4520

Bankruptcy Counsel for BBeautiful, LLC

**FILED & ENTERED**

**MAR 31 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BBEAUTIFUL, LLC,<br>  a California limited liability company,<br><br>                    Debtor.<br><br>Tax ID # 20-5922946 | Case No.  2:16-bk-10799-ER<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION BY BBEAUTIFUL, LLC TO EMPLOY SULMEYERKUPETZ, A PROFESSIONAL CORPORATION, AS GENERAL BANKRUPTCY COUNSEL [Doc. No. 48]**<br><br>[11 U.S.C. § 327(a); Fed. R. Bankr. P. 2014; Loc. Bankr. R. 2014-1(b)]<br><br>Date:     [No Hearing Requested]<br>Time:<br>Place:    U.S. Bankruptcy Court<br>              Courtroom 1568<br>              255 East Temple Street<br>              Los Angeles, CA 90012 |

On March 1, 2016, BBeautiful, LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), caused to be filed an "Application By Debtor And Debtor In Possession For Approval Of Employment Of Bankruptcy Counsel (SulmeyerKupetz, A Professional Corporation)" (Docket No. 48, the "Application").  No opposition to the Application was filed.  On March 30, 2016, the Debtor caused to be filed a "Declaration That No Party Requested a Hearing on Motion Pursuant To LBR 9013-1(o)(3)" [Docket No. 65] (the

SFW\ 2467853.1

1

"Declaration").  Based on the Court's review of the Application, the declarations in support thereof, the statement of disinterestedness in support thereof, the Declaration, there being no opposition filed in response to the Application, and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Application is approved; and

2. The Debtor is authorized to employ **Sulmeyer**Kupetz, A Professional Corporation, as its general bankruptcy counsel, as of January 22, 2016.

3. Any compensation and reimbursement will be subject to a noticed application to be approved by the Court pursuant to 11 U.S.C. § 330.

**IT IS SO ORDERED.**

### ###

Date: March 31, 2016

Ernest M. Robles
United States Bankruptcy Judge

SFW\2467853.1

2