B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>BBEAUTIFUL LLC dba CHRISLIE FORMULATIONS, | DEFENDANTS<br>TRUEERP, INC. |
|---|---|

| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>BLECHER COLLINS  & PEPPERMAN, P.C.<br>515 S. Figueroa St., Suite 1750, Los Angeles, CA  90071<br>Tel: (213) 622-4222  *26202  Maxwell Blecher* | ATTORNEYS (If Known) |
|---|---|

| PARTY (Check One Box Only)<br>☒Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☒Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Breach of contract and fraud

---

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- ☐ 11-Recovery of money/property – §542 turnover of property
- ☐ 12-Recovery of money/property - § 547 preference
- ☐ 13-Recovery of money/property -§548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
- ☒ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

RECEIVED
AUG 3 1 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ DEPUTY CLERK

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☒ Check if a jury trial is demanded in complaint | Demand $  15,000,000 |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Bbeautiful LLC | BANKRUPTCY CASE NO.<br>2:16-bk-10799-ER | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central | DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Ernest M. Robles |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>August 31, 2016 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Maxwell M. Blecher | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.



BLECHER COLLINS & PEPPERMAN, P.C.
Maxwell M. Blecher (State Bar No. 26202)
 *mblecher@blechercollins.com*
Taylor C. Wagniere (State Bar No. 293379)
 *twagniere@blechercollins.com*
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Debtor/Plaintiff
Bbeautiful LLC dba Chrislie Formulations

**FILED**

AUG 31 2016

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re BBEAUTIFUL LLC,<br><br>Debtor. | Case No. 2:16-bk-10799-ER<br><br>Chapter 11 |
| BBEAUTIFUL LLC dba CHRISLIE FORMULATIONS,<br><br>Debtor/Plaintiff,<br><br>vs.<br><br>TRUEERP, INC.,<br><br>Defendant. | Adv No.<br><br>**COMPLAINT FOR:**<br>**(1) BREACH OF CONTRACT; AND**<br>**(2) FRAUD**<br><br>[DEMAND FOR JURY TRIAL]<br><br>(Hearing date to be set by summons) |

Blecher Collins
& Pepperman

COMPLAINT

Debtor/Plaintiff Bbeautiful LLC d/b/a Chrislie Formulations herein alleges:

## FIRST CAUSE OF ACTION

### (Breach of Contract)

1.    Plaintiff Bbeautiful LLC d/b/a Chrislie Formulations ("Bbeautiful") is a debtor-in-possession in U.S. Bankruptcy Court for the Central District of California case number 2:16-bk-10799-ER.  Bbeautiful is a California corporation with its principal place of business at 1361 Mountain View Circle, Azusa, California 91702.

2.    Bbeautiful is and has been for several years engaged in the manufacture and distribution of a wide range of cosmetic products to customers throughout the world, including beauty products for skin, hand, nails, hair, makeup and fragrance. It formulates its own unique products which it then sells to retail stores and through its e-commerce sales operation.  Bbeautiful depends heavily on computer software for the orderly management of its manufacturing, sales, inventory, as well as the timely shipping and distribution of its products to customers.

3.    Defendant TrueERP, Inc. ("TrueERP") is a California corporation with its principal place of business located at 17744 Skypark Circle, Irvine, California 92614.

4.    Enterprise resource planning software ("ERP") is a category of business management software, usually a suite of integrated applications, that can be used to collect, store, manage interpret data, including without limitation, product planning, manufacturing and delivery schedules, marketing and sales inventory, shipping and payment.  An ERP system shares data across various departments within a business and facilitates the flow of information between all internal functions of the business, such as manufacturing, purchasing, sales, accounting, and delivery, as well as with outside or third party partners.  ERP software is a multi-billion industry.

5.    In 2015, Bbeautiful determined it needed to acquire an ERP system that would track the processing, manufacturing and delivery of its orders.  Bbeautiful

Blecher Collins
& Pepperman

1  used a combination of several different software platforms to run its operations prior

2  to this time, and sought to integrate into a single system to increase efficiency.

3  Bbeautiful required a system that could track and integrate its business from the

4  beginning stages of assembly through the distribution of the final cosmetic product,

5  including monitoring the creation of the product, packaging of the product,

6  inventory control, order processing, warehousing, purchasing and shipping.  This

7  required integration between Bbeautiful and FedEx, UPS, and other online vendors

8  which sold Bbeautiful products, such as CVS, Walmart, Target and Amazon.

9  Bbeautiful also sought to integrate operations internally between its sales offices and

10  its warehouse in order to ensure its products were shipping on time.

11        6.    Bbeautiful contacted TrueERP in December 2015 to inquire into its

12  ERP software and to request a quote for implementation of its system for

13  Bbeautiful's business.  On or before December 22, 2015, Bbeautiful contacted

14  TrueERP via e-mail to arrange for a presentation of TrueERP's program

15  capabilities.  In this e-mail, Bbeautiful specified its requirements for an ERP system,

16  listing "items to address during demo" such as "BOM – assembly process,"

17  "Inventory control (product scanning capability, verification)," "Purchasing – track

18  status (placed, on sea, at the port, etc.)" and " EDI implementation/process."

19        7.    Shortly thereafter, on or about December 22, 2015, Haziel Jessica

20  Mitchell, Executive Director USA of TrueERP, demonstrated TrueERP's system for

21  Bbeautiful's CEO, COO and managers.  The test demonstration was an unqualified

22  success.  TrueERP represented that the system was designed to and would perform

23  all of the vital functions necessary for Bbeautiful's successful business operations

24  and provide a single integrated system for managing open purchase and sales orders,

25  tracking shipments and preventing late shipments, as well as product assembly and

26  inventory.  Specifically, TrueERP demonstrated how its software was connected to

27  and/or already integrated with FedEx, UPS, USPS, Target, Walmart and many of

28  Bbeautiful's other partners.  The presentation also showed that TrueERP could

Blecher Collins
& Pepperman

-2-
COMPLAINT

1    allegedly track shipping and purchase orders on containers, link freight bills to

2    purchase orders, and connect directly with Bbeautiful's online Magento shopping

3    cart. Bbeautiful was very impressed with the TrueERP system capabilities.

4            8.    Around the same time it contacted TrueERP, Bbeautiful contacted

5    other ERP software companies to request similar information and presentations,

6    including but not limited to SYSPRO. None performed as seamlessly or as many of

7    the necessary functions for Bbeautiful's business as TrueERP.

8            9.    Following the presentation from TrueERP, Bbeautiful requested a

9    quote from Ms. Mitchell. On or about December 23, 2015, Ms. Mitchell provided

10   this quote, which included a tentative target finish date of April 4, 2016 or April 18,

11   2016, both at a discounted rate. Ms. Mitchell represented to Bbeautiful that earlier

12   start dates were possible, but not at the discounted price. Because Bbeautiful was

13   impressed with the TrueERP software and presentation, it decided to forgo the

14   discount and informed TrueERP that it wanted immediate implementation with a

15   target date of March 1, 2016.

16           10.   On or about December 29, 2015, Bbeautiful requested a second

17   demonstration from TrueERP for Bbeautiful's other staff and/or executives. This

18   presentation occurred on or about January 7, 2016.

19           11.   On or about January 13, 2016 Bbeautiful entered into a contract to

20   purchase a system from TrueERP for the sum of $141,500.00. The contract attached

21   hereto as **Exhibit 1** memorializes the terms of the agreement and is the operative

22   contract governing the transaction. **Exhibit 2**, an invoice dated January 8, 2016,

23   also evidences the agreement and terms. Both documents are hereby incorporated

24   by reference.

25           12.   The contract and the invoice each specified a target "go live" date of

26   March 1, 2016 but no later than April 1, 2016. TrueERP employees represented that

27   the transition would be smooth and could easily be accomplished on the March 1

28   timeline. Specifically, Ms. Mitchell informed Bbeautiful that the "March 1, 2016 go

Blecher Collins
& Pepperman

1   live date will not be a problem" and that TrueERP would send staff to Bbeautiful's

2   facilities early the following week to begin the installation and transition. Shortly

3   after the contract was executed, TrueERP employee Angelica Sievers was assigned

4   as the project manager responsible for the implementation of TrueERP for

5   Bbeautiful.

6       13.    Bbeautiful began coordinating the transition to TrueERP's system in

7   early January 2016. On or about January 18, 2016, representatives from TrueERP

8   visited Bbeautiful's facilities and installed TrueERP's software on Bbeautiful

9   servers.

10      14.    The actual system delivered to Bbeautiful had virtually none of the

11   characteristics and performance capabilities represented by TrueERP. In short, the

12   system was grossly deficient, crashed incessantly, and wreaked havoc on

13   Bbeautiful's business.

14      15.    In fact, almost immediately after installation, Bbeautiful encountered

15   problems with TrueERP's software and staff. During the week of January 18, 2016,

16   a Bbeautiful executive emailed Ms. Mitchell to facilitate the implementation of

17   TrueERP's software and attempt to cooperate with TrueERP in what was already a

18   difficult transition, stating: "We are also counting on your guidance and help (if

19   needed) to establish the connection between our ecommerce platform and TrueERP

20   without incurring additional costs. Please easy [sic] our minds and always come

21   back to us with a solution that does not lead to another quote. . ."

22      16.    E-mails communications between January and March 2016 reveal that

23   Bbeautiful staff and principals inquired repeatedly as to the status of TrueERP's

24   installation and warned of the disastrous effect that TrueERP's fragmented and slow

25   transition was having on Bbeautiful's business. On January 19, 2016, Bbeautiful

26   informed TrueERP via email of the importance of its e-commerce site, which was

27   not yet integrated. On January 27, 2016, Bbeautiful sent TrueERP a list of its

28   trading partners which would also need to be integrated with its system.

Blecher Collins
& Pepperman

1       17.    When no such integration had been accomplished by February 23,

2  2016, Bbeautiful again requested a status update from TrueERP.  In response,  Ms.

3  Mitchell of TrueERP represented on February 23, 2016 that it would still meet the

4  March 1, 2016 "go live" deadline.  Again on this date, Bbeautiful sent a priority list

5  of its online partners that still needed system integration, including Amazon,

6  Walmart, CVS, and Target, among others.

7       18.    Between January and March 2016, Bbeautiful also repeatedly

8  experienced problems contacting TrueERP's support team.  Bbeautiful learned that

9  TrueERP's only technological support staff member, Simon Clive, was located in

10  Australia.  The time difference made communication nearly impossible and resulted

11  repeated and significant delays in resolving software and website issues.

12       19.    On March 15, 2016, Bbeautiful once more requested an estimated

13  completion timeline for all remaining tasks.  In response, Ms. Mitchell represented

14  that some of Bbeautiful's partners, such as FedEx, were preventing connection or

15  full integration.

16       20.    Bbeautiful and TrueERP participated in conference calls or meetings on

17  March 2, 2016, March 22, 2016 and March 28, 2016 in attempt to resolve the

18  outstanding issues.  Despite reassurances from TrueERP, none of the issues were

19  resolved during or after these communications.

20       21.    Indeed, despite a constant stream of communications between February

21  and March 2016, and every effort from Bbeautiful to provide all requested

22  information and assistance, TrueERP did not meet the "go live" deadline of March

23  1. Instead, TrueERP provided corrupt files, delayed the resolution of integration

24  problems by blaming third parties, and failed to address a growing multitude of

25  technological failures.

26       22.    Because of the many TrueERP system failures, which caused daily

27  connection issues and which prevented all of the system users from being able to log

28

Blecher Collins
& Pepperman

1  into the TrueERP system, Bbeautiful switched from a hosted server to its own server

2  on March 10, 2016.

3       23.    On March 29, 2016, after the March 1 deadline had passed and still no

4  progress had been made, Bbeautiful's owner wrote to Mr. Clive, stating: "I

5  appreciate that the team is working through a prioritized list however, you are not

6  confirming that we are the priority and you have a completion date. You are

7  working with many companies simultaneously. I don't know the situation they are

8  in… but I can tell you that you have left our business in a catastrophic manner buy

9  [sic] not completing the pending tasks for quite some time now. We MUST know

10  we are first in the que [sic] and we NEED to have a completion date. [True]ERP

11  should not take business it cannot properly service and cause clients to suffer

12  severely due the long wait. I need to know exactly when each task will be

13  completed so I know how to run my business!!!!"

14       24.    Bbeautiful's COO followed-up with Mr. Clive later on March 29, 2016,

15  reminding him of the promises made by TrueERP during the presentation in January

16  2016. She stated: "…when we first started looking into an ERP software there were

17  key components (must haves): website integration, EDI integration, scanning,

18  shipping integration, and inventory control. All these items were shown to us as

19  easy capabilities within TrueERP; to be completely honest, we were blown away by

20  the way Haziel presented your product which was by far the best compared to your

21  competition. So we signed a contract on 1/13/2016 with a 'go live' date of April

22  1. Now almost 2.5 months later, the website is not integrated, shipping is still

23  pending, EDI – not even one trading partner has been tested and scanning

24  capabilities will only work if we connect directly to a station with ERP on it unless

25  we are willing to pay a developer to take a mobile scanner and program it to work

26  with ERP. . . we really need to start seeing progress as currently we are using two

27  systems and it is starting to become a big mess."

28

Blecher Collins
& Pepperman

25.     In desperation, Bbeautiful turned to FedEx and other partners' support teams to resolve the issues that TrueERP was unwilling or unable to address. During this time, Bbeautiful employees were forced to manually enter, process and ship all orders, which created a significant amount of manual and clerical work. As a result, at least two Bbeautiful employees quit because of the problems stemming from the TrueERP software and its implementation.

26.     Bbeautiful made a $28,300.00 payment to TrueERP on or about the time the contract was signed, and another $30,000.00 after the first week of installation. A final payment of approximately $83,200.00 was paid at or about the "go live" deadline at the urging of TrueERP's representatives who would not "finalize" the implementation unless and until full payment was received from Bbeautiful. Despite making full payment under the contract, TrueERP never delivered the promised software and never fully integrated Bbeautiful's systems.

27.     The total failure of TrueERP's software led Bbeautiful employees to conclude that the presentations in December 2015 and January 2016 were a sham. Bbeautiful employee and warehouse manager Cipriano Reyes said in retrospect that the demo "was clearly just a show" and was not real. He explained that Bbeautiful asked during the presentation if the system could connect with Walmart, FedEx, UPS, DHL and Target, and TrueERP representatives stated that the system could easily do so and showed a rigged demonstration of how it worked. Likewise, Bbeautiful COO Carolina Kishimoto was impressed with TrueERP's initial presentation but concluded that it performed none of the promised functions.

28.     TrueERP's disastrous software and implementation interrupted Bbeautiful's sales and resulted in a disorganized inventory with thousands of dollars lost or misplaced product. Bbeautiful's sales in 2015, before TrueERP was involved in its operations, totaled approximately $21 million. Its sales in 2016 are projected to reach only $2 million.

Blecher Collins
& Pepperman

1    29.    As a direct consequence of TrueERP's failure to perform and to deliver

2    a functional ERP system as promised to and relied upon by Bbeautiful, the business

3    activities of Bbeautiful fell into total disarray.  Production and deliveries were a

4    disaster and for all practical purposes the business could not be conducted.

5    Bbeautiful was forced to and on or about April 4, 2016, did terminate the

6    relationship with defendant TrueERP.  Bbeautiful has now ceased functioning as a

7    direct outgrowth of TrueERP's conduct.

8    30.    Because of TrueERP's actions, Bbeautiful has suffered the loss of

9    reasonably anticipated sales and profits, an increase in expenses, and other damages

10    to be proven at trial.  The loss of good will, revenue, profits and customers have

11    been staggering and will run into the millions.

**SECOND CAUSE OF ACTION**

**(Fraud)**

14    31.    Plaintiff incorporates by reference, as if fully set forth herein,

15    Paragraphs 1 through 30 above.

16    32.    TrueERP represented, warranted and promised, by and through its

17    authorized representatives, including Simon Clive, Haziel Jessica Mitchell and

18    Angelica Sievers, that its ERP software would operate Bbeautiful's business

19    operations, including, inter alia, manufacturing, shipping, and invoicing.  When

20    these statements were made, TrueERP well knew such representations and

21    warranties were false and knew it was incapable of performing as represented and

22    that it had no present intention of performing as represented and promised.

23    33.    Rather, TrueERP deliberately misled Bbeautiful for the purpose of

24    inducing Bbeautiful to enter into the contract described above.  As alleged above,

25    TrueERP has defaulted on and breached its promises, representations and

26    obligations under the agreement.

27    34.    Bbeautiful was, at all relevant times herein, ignorant of TrueERP's

28    secret intention not to perform its promises and obligations under the agreement and

-8-

COMPLAINT

1  Bbeautiful did actually and justifiably rely, to its detriment, on TrueERP's false

2  promises and representations, and the active concealment of material facts., i.e., that

3  TrueERP know that the promises and representations would not and could not be

4  honored.

5       35.    As a result of the foregoing fraudulent conduct, Bbeautiful sustained

6  actual damages in an amount estimated to be ten million dollars ($10,000,000)

7  above and beyond the damages alleged in the First Cause of Action.  These

8  damages, due to the fraud, will be determined with greater specificity at trial.

9       36.    By virtue of the foregoing fraudulent conduct, defendant TrueERP is

10  guilty of oppression, fraud and malice entitling plaintiff Bbeautiful to an award of

11  exemplary damages.

12                     **PRAYER**

13       WHEREFORE, Plaintiff Bbeautiful prays that the Court adjudge and decree

14  as follows:

15       On the First Cause of Action:

16       1.    For actual damages in the sum according to the proof, but not less than

17  $5,000,000 and interest thereon;

18       On the Second Cause of Action:

19       1.    For actual damages in the sum according to the proof, but not less than

20  $10,000,000;

21       2.    For exemplary damages.

22       On Both Causes of Action:

23       1.    For prejudgment interest in the maximum amount permitted by law;

24       2.    For further damages to be determined at trial;

25       3.    For costs of suit; and

26       4.    For such other and further relief as the Court deems just and proper.

27

28

Blecher Collins
& Pepperman

Dated:  August 31, 2016

BLECHER COLLINS & PEPPERMAN, P.C.
MAXWELL M. BLECHER
TAYLOR C. WAGNIERE

By: _____
          Maxwell M. Blecher
Attorneys for Debtor Bbeautiful LLC d/b/a
             Chrislie Formulations

Blecher Collins
& Pepperman

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

Dated:  August 31, 2016

BLECHER COLLINS & PEPPERMAN, P.C.
MAXWELL M. BLECHER
TAYLOR C. WAGNIERE

By: _____
Maxwell M. Blecher
Attorneys for Debtor Bbeautiful LLC d/b/a
Chrislie Formulations

85385.2

Blecher Collins
& Pepperman

-11-
COMPLAINT

# EXHIBIT 1

 

# Quotation

**No: 5811**

17744 Skypark Circle
Irvine
CA 92614

**Phone:** **(949) 474-4400**
**Fax:** (949) 474-4419

**Date:** 12/22/2015

**Company: Chrislie**
**1361 Mountain View Circle**
**Azusa**
**CA        91703**

Contact:   Carolina Kishimoto
Phone:     (626) 385-5858 x217
Email:     carolina@chrislie.com
Served By:  Haziel  Mitchell

| Qty | Product | Description | Price (Ex) | Total Line |
|---|---|---|---|---|
| 1 | Program and Database | ERP Software Business Management System as per brochure Inc 3 users 1 site. | $30,000.00 | $30,000.00 |
| 17 | Additional User | Additional Users. These are defined as additional people above the base pack of 3. So if 5 people wish to access ERP at the same time you will need 1 base pack plus 2 additional users. | $4,000.00 | $68,000.00 |
| 1 | Software Support 11 - 20 Licenses | Software Support. Up To 5 Licenses $6,400 per year. 6 - 10 Licenses $8,500. 11 - 20 Licenses $12,000. 21 - 25 Licenses $16,000. 26-35 Licenses $24,000. 36-50 Licenses $31,000. 51-99 Licenses $38,000. More than 99 Licenses $50,000 per year. | $12,000.00 | $12,000.00 |
| 21 | Software Training | Software Training and Implementation @ $1500 ex per 8 hour day. | $1,500.00 | $31,500.00 |
| 1 | Software Miscellaneous | Target go live date is March 1, 2016 the latest is April 1, 2016 | | |

**Comments:**

Payment would be a 20% deposit on signing of the order. 30k after 2nd week of training and configuration is completed. Another 30k after Training and Configuration is completed. With remaining balance due end of week of go live date.
Thank you for your business.

| | |
|---|---|
| Sub Total | $141,500.00 |
| Total Tax | $0.00 |
| TOTAL  (inc Tax) | $141,500.00 |

**Please Forward payments to:**



(Signed)   *Cari pro*
Name:   *Carolina  Kishimoto, voo*
Date:   1/13/ 2016

12

The price for the TrueERP system to run on this hosted environment is as follows:
This monthly cost is to be added to the quote for the TrueERP Software Suite.

10 User Scenario:
Dell PowerEdge CS-M600-B = $299 Monthly / $299 Setup
1 x Quad Core Xeon L5420 Processor
☐ 2 x 500GB SATA or 2x146GB SAS
8GB RAM
500GB Bandwidth
Windows Server 2008 R2 Standard

----

20 User Scenario:
Dell PowerEdge CS-M600-C = $340 Monthly / $299 Setup
1 x Quad Core Xeon L5430 Processor
☑ 2 x 500GB SATA or 2x146GB SAS
16GB RAM
1000GB Bandwidth
Windows Server 2008 R2 Standard

----

30 User Scenario:
Dell PowerEdge CS-M600-E = $529 Monthly / $299 Setup
2 x Quad Core Xeon L5430 Processor
☐ 2 x 1000GB SATA or 2x300GB SAS
32GB RAM
2000GB Bandwidth
Windows Server 2008 R2 Standard

----

50 User Scenario up to 100 user:
Dell PowerEdge CS-M610-4B = $679 Monthly / $299 Setup
2 x Hex Core Xeon L5639 Processor
☐ 2 x 1000GB SATA or 2x600GB SAS
48GB RAM
4500GB Bandwidth
Windows Server 2008 R2 Standard

Signed as understood and accepted

_Cari Pro, COO_
Director

_1/13/2016_
Date



17744 Sky Park Circle Ste 100
Irvine CA 92614
**Phone: 949-474-4400**

13

**TRUE ERP**

Outlined below are a few important issues that will make your transition easier. We recommend that you document any questions you may have on the following, and raise them with your Project Manager on the introductory day.

Also ensure that you **fully understand** each of the major documents. Samples Included.
- **Preparation** *What is required before we start. See below*
- **Sample Data** *You should get a spreadsheet of sample data from your Project Manager, on the Introduction day.*
- **Implementation Planner** *You should get a completed copy of this spreadsheet from your Project Manager at the start or within 3 to 4 training days of the implementation starting.*
- **End of Period** *You should receive this report everyday of your implementation from your Project Manager. This must be signed by you or your representative each time.*
- **Training Assignment Sheet** *This is to be completed by yourself with your Project Manager on day 1.*
- **Training Postponed** *Included is a copy of this report. We do not recommend altering your training schedule for any reason, but if circumstances are unavoidable then please use this form to do so.*

Indicate below, what your Company "**Hopes to achieve with the Installation of TrueERP**" *Eg - Website to be fully integrated with ERP*

1. One integrated system - One Stop Shop
2. Manage all open sales orders and prevent orders from being shipped late
3. Manage all open purchase orders and track trajectory/status
4. ~~target~~ Auto processing all weborders
5. Auto processing all EDI orders (beginning to end)

Please sign below to indicate that you understand each of the above documents and that you fully understand the consequences of postponing the training days.

Signed: _Carn K____   Date: _1/13/2016_

Name: _Carolina Kishimoto .cov_

Company Name: _Chrislie Formulations_

TrueERP Inc
Haxel Mitchell, Executive Director
17744 Sky Park Circle Ste 100 Irvine CA 92614 (949) 474-4400.

Page 3 of 20

14

**EXHIBIT 2**

 

**TRUE ERP** **Invoice**

**No: 5829**

17744 Skypark Circle
Suite 100
Irvine, CA 92614
**Phone:** **(949)-474-4400**
Fax:    (949)-474-4419

**Date:**    1/8/2016    **Due Date:** 01/08/2016

**Company:** **Chrislie**
**1361 Mountain View Circle**
**Azusa**
**CA        91703**

Contact:    Carolina Kishimoto
Phone:    (626)385-5858 x217
Mobile:
Served By:  Haziel  Mitchell

| Qty | Product | Description | Price (Ex) | Total Line |
|---|---|---|---|---|
| 1 | Program and Database | ERP Software Business Management System as per brochure Inc 3 users 1 site. | $30,000.00 | $30,000.00 |
| 17 | Additional User | Additional Users. These are defined as additional people above the base pack of 3. So if 5 people wish to access ERP at the same time you will need 1 base pack plus 2 additional users. | $4,000.00 | $68,000.00 |
| 1 | Software Support 11 - 20 Licenses | Software Support. Up To 5 Licenses $6,400 per year. 6 - 10 Licenses $8,500. 11 - 20 Licenses $12,000. 21 - 25 Licenses $16,000. 26-35 Licenses $24,000. 36-50 Licenses $31,000. 51-99 Licenses $38,000. More than 99 Licenses $50,000 per year. | $12,000.00 | $12,000.00 |
| 21 | Software Training | Software Training and Implementation @ $1500 ex per 8 hour day. | $1,500.00 | $31,500.00 |
| 1 | Software Miscellaneous | 30k after 2nd week of training and configuration is completed 1/29/16. Another 30k after Training and Configuration is completed. With remaining balance due end of week of go live. Target Go live date is March 1st Latest April 1st. | $0.00 | $0.00 |

Additional software licenses will be at same price ($4000) and Software Support price is fixed for 4 years. After four years the user prices as well as software license may increase 3-5%. If initial training and implementation exceeds 21 days, we will not bill extra days.
Sales Tax may be added depending on install state.

| **Please Forward payments to:** | | |
|---|---|---|
| | Sub Total | **$141,500.00** |
| | Total Tax | $0.00 |
| | **TOTAL  (inc. Tax)** | $141,500.00 |
| | **Payments:** | $28,300.00 |
| | **Balance:** | $113,200.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **BLECHER COLLINS & PEPPERMAN, P.C.** Maxwell M. Blecher (SBN 26202)  mblecher@blechercollins.com Taylor C. Wagniere (SBN 293379)  twagniere@blechercollins.com 515 S. Figueroa St., Suite 1750 Los Angeles, CA 90071 Tel: (213) 622-4222 Fax: (213) 622-1656  *Attorney for Plaintiff* | **RECEIVED** AUG 3 1 2016 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY:                    Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: BBEAUTIFUL LLC,  Debtor(s). | CASE NO.: 2:16-bk-10799-ER  CHAPTER: 11  ADVERSARY NUMBER: |
|---|---|
| BBEAUTIFUL LLC dba CHRISLIE FORMULATIONS,  Plaintiff(s) Versus TRUEERP, INC.,  Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING  [LBR 7004-1]** |

**TO THE DEFENDANT:** A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| Hearing Date: _____ Time: _____ Courtroom: _____ | Place: ☐  255 East Temple Street, Los Angeles, CA 90012 ☐  3420 Twelfth Street, Riverside, CA 92501 ☐  411 West Fourth Street, Santa Ana, CA 92701 ☐  1415 State Street, Santa Barbara, CA 93101 ☐  21041 Burbank Boulevard, Woodland Hills, CA 91367 |
|---|---|

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                    Page 1                                    **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS. REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                    Page 2                    **F 7004-1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
*Date*                                    *Printed Name*                                        *Signature*

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.