**MICHAEL JAY BERGER (State Bar # 100291)**
**LAW OFFICES OF MICHAEL JAY BERGER**
**9454 Wilshire Blvd. 6th Floor**
**Beverly Hills, CA 90212-2929**
**Telephone:    (310) 271-6223**
**Facsimile:    (310) 271-9805**
**michael.berger@bankruptcypower.com**

**Attorney for Debtor,**
**BBeautiful, LLC**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BBeautiful, LLC,<br><br>            Debtor. | **CASE NO.: 2:16-bk-10799-ER**<br><br>**Chapter 11**<br><br>**MOTION FOR ORDER DISALLOWING CLAIM OF OCEAN BLUE (CLAIM #2); DECLARATION OF HELGA ARMINAK JONES IN SUPPORT THEREOF**<br><br>**Date:  October 12, 2016**<br>**Time: 10:00 a.m.**<br>**Place: Courtroom 1568** |

**TO THE HONORABLE ERNEST ROBLES, JUDGE OF THE UNITED STATES**

**BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE AND TO ALL**

**INTERESTED PARTIES:**

Counsel for Bbeautiful, LLC, debtor and debtor-in-possession herein (the "Debtor"), the

Law Offices of Michael Jay Berger, submits the following Motion for Order Disallowing the

Claim of Ocean Blue (the "Claimant"), claim #2. (the "Claim"):

II.    **INTRODUCTION**

Debtor moves to disallow Claimant's Claim #2. The Superior Court of California determined that the Claimant abandoned its case, and therefore its Claim, for failing to appear at the August 30, 2014 status conference. Further, Claimant's claim should be disallowed for failure to proffer any evidence in support of its claim.

II.    **STATEMENT OF FACTS**

Debtor BBeautiful, LLC is a California limited liability company.

The Debtor is a brand-maker and retailer of a wide range of personal beauty products for skin, hand & nail, body, hair, pedicure, makeup, and fragrance ("Products"). The Debtor formulates its own unique Products using and then instructs third parties with whom it contracts to manufacture those company-formulated Products. The Debtor also designs its own unique packaging for the Products and contracts with third parties in China to produce that packaging. The Debtor then arranges for the packaging to be shipped to the manufacturers of the Products, and the manufacturers then combine the Products and their packaging and deliver the finished Products to the Debtor at its office and warehouse at 1361 Mountain View Circle, Azusa, California, 91702. From there, the Debtor distributes the Products to retail through stores and also sells the Products directly through e-commerce.

The Debtor has a secured line of credit with Bank of America but has not drawn down on this line of credit. Thus, while Bank of America does have a security interest in a deposit the Debtor made with Bank of America to secure the line of credit, the Debtor has never drawn on that line and Bank of America is not owed any amount on account of that line of credit. It is thus not a secured creditor, though it is a party which has a security interest in property of the debtor. There are no other secured creditors in this case.

2

MOTION FOR ORDER DISALLOWING CLAIM OF OCEAN BLUE (CLAIM #2)

The majority of the Debtor's debt is owed to an insider – Helga Arminak, who is the Debtor's Operating Manager and a 99% interest holder in the Debtor. The remainder of the Debtor's debt is almost all trade debt.

The Debtor has sales of approximately $5 million per year, but has been losing money. The Debtor's primary purpose behind commencing this chapter 11 case is to give it a breathing spell to determine if it can restructure its business so that a chapter 11 plan can be successful.

## III.   STANDING TO OBJECT

The Debtor has standing to object to claim filed in this bankruptcy.  A Chapter 11 debtor-in-possession is a party-in-interest with standing to file a claim objection.  *In re G.I. Indus., Inc.*, 204 F.3d 1276, 1280-81 (9th Cir. 2000); *In re Dominelli*, 820 F.3d 313, 317 (9th Cir. 1987).

## IV.   OBJECTION TO CLAIM

On December 8, 2014, Claimant filed a breach of contract action in the Superior Court of California, County of Los Angeles, entitled, *Ocean Blue Inc. vs. Bbeautiful, LLC*, case no. KC067328 ("Action").  During the August 30, 2016 status conference, Claimant failed to appear, and the court determined that the Claimant abandoned the cased, and dismissed the Action for lack of prosecution.

Further, Claimant's Claim should be disallowed for failure to provide any evidence in support of its claim.

## V.   RELIEF REQUESTED

Based upon the foregoing objection, the Debtor respectfully requests that the Court sustain the objection and disallow the Claimant's claim.

Respectfully submitted,

3

1

2                          LAW OFFICES OF MICHAEL JAY BERGER

3

4    Dated:    *9/7/16*      By:    */S/*

5                                 Michael Jay Berger

                                 Attorney for Debtor,

6                                 Bbeautiful LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR ORDER DISALLOWING CLAIM OF OCEAN BLUE (CLAIM #2)

## DECLARATION OF HELGA ARMINAK

I, Helga Arminak, declare and state as follows:

1.      I am the Managing Member for Debtor and debtor-in-possession herein. I am over the age of 18. I have personal knowledge of the facts I state below, and if I were to be called as a witness, I could and would competently testify about what I have written in this declaration.2.

I have read and object to the unsecured claim (the "Claim"), filed on February 12, 2016, by Ocean Blue ("Claimant"), in the amount of $26,213.00.  Attached hereto as Exhibit "1", and incorporated herein by this reference, is a true and correct copy of the Claim.

3.      Debtor BBeautiful, LLC is a California limited liability company.

The Debtor is a brand-maker and retailer of a wide range of personal beauty products for skin, hand & nail, body, hair, pedicure, makeup, and fragrance ("Products"). The Debtor formulates its own unique Products using and then instructs third parties with whom it contracts to manufacture those company-formulated Products. The Debtor also designs its own unique packaging for the Products and contracts with third parties in China to produce that packaging. The Debtor then arranges for the packaging to be shipped to the manufacturers of the Products, and the manufacturers then combine the Products and their packaging and deliver the finished Products to the Debtor at its office and warehouse at 1361 Mountain View Circle, Azusa, California, 91702. From there, the Debtor distributes the Products to retail through stores and also sells the Products directly through e-commerce.

4.      The Debtor has a secured line of credit with Bank of America but has not drawn down on this line of credit. Thus, while Bank of America does have a security interest in a deposit the Debtor made with Bank of America to secure the line of credit, the Debtor has never drawn on that line and Bank of America is not owed any amount on account of that line of credit.

It is thus not a secured creditor, though it is a party which has a security interest in property of the debtor. There are no other secured creditors in this case.

5.    The majority of the Debtor's debt is owed to an insider – Helga Arminak, who is the Debtor's Operating Manager and a 99% interest holder in the Debtor. The remainder of the Debtor's debt is almost all trade debt. The Debtor has sales of approximately $5 million per year, but has been losing money. The Debtor's primary purpose behind commencing this chapter 11 case is to give it a breathing spell to determine if it can restructure its business so that a chapter 11 plan can be successful.

6.    On December 8, 2014, Claimant filed a breach of contract action in the Superior Court of California, County of Los Angeles, entitled, *Ocean Blue Inc. vs. Bbeautiful, LLC*, case no. KC067328 ("Action").  During the August 30, 2016 status conference, Claimant failed to appear, and the court determined that the Claimant abandoned the cased, and dismissed the Action for lack of prosecution. Attached hereto as Exhibit "2", and incorporated herein by this reference, is a true and correct copy of the August 30, 2016 Nature of Proceedings from the Superior Court. Attached hereto as Exhibit "3", and incorporated herein by this reference, is a true and correct copy of the Action's docket.


I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on September            , 2016 at Los Angeles, California.


_____
Helga Arminak

MOTION FOR ORDER DISALLOWING CLAIM OF OCEAN BLUE (CLAIM #2)

It is thus not a secured creditor, though it is a party which has a security interest in property of the debtor. There are no other secured creditors in this case.

5.    The majority of the Debtor's debt is owed to an insider – Helga Arminak, who is the Debtor's Operating Manager and a 99% interest holder in the Debtor. The remainder of the Debtor's debt is almost all trade debt. The Debtor has sales of approximately $5 million per year, but has been losing money. The Debtor's primary purpose behind commencing this chapter 11 case is to give it a breathing spell to determine if it can restructure its business so that a chapter 11 plan can be successful.

6.    On December 8, 2014, Claimant filed a breach of contract action in the Superior Court of California, County of Los Angeles, entitled, *Ocean Blue Inc. vs. Bbeautiful, LLC*, case no. KC067328 ("Action").  During the August 30, 2016 status conference, Claimant failed to appear, and the court determined that the Claimant abandoned the cased, and dismissed the Action for lack of prosecution. Attached hereto as Exhibit "2", and incorporated herein by this reference, is a true and correct copy of the August 30, 2016 Nature of Proceedings from the Superior Court. Attached hereto as Exhibit "3", and incorporated herein by this reference, is a true and correct copy of the Action's docket.


I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on September   6 , 2016 at Los Angeles, California.

Helga Arminak

MOTION FOR ORDER DISALLOWING CLAIM OF OCEAN BLUE (CLAIM #2)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9454 Wilshire Blvd., 6th floor, Beverly Hills, CA 90212-2929
**"MOTION FOR ORDER DISALLOWING CLAIM OF OCEAN BLUE (CLAIM #2);
DECLARATION OF HELGA ARMINAK JONES IN SUPPORT THEREOF"** will be served or
was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and
Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/7/2016 I
checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic
Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒        Service information continued on attached page

**II. SERVED BY U.S. MAIL (indicate method for each person or entity served):**
On  9/7/2016 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by
placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail
service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours
after the document is filed.*

*Lottie Cohen, Esq.*
*2288 Westwood Blvd., Ste 216*
*Los Angeles, CA 90064*

☒        Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OVERNIGHT MAIL OR EMAIL (indicate method for each
person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  9/7/2016   I served the following person(s) and/or entity(ies)
by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing
the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Ernest Robles
United States Bankruptcy Court –Central District of California
255 E. Temple St., Ste. 1560
Los Angeles, CA 90012
*By UPS Ground Mail*

☐        Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/7/2016 | Erol Guler | /s/ Erol Guler |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*December 2012*                                          **F 9013-3.1 PROOF OF SERVICE**

| | | |
|---|---|---|
| 1 | **Service List** | |
| 2 | **Section I - Served Via Electronic Notice:** | |
| 3 | • Michael W Binning  mbinning@binninglaw.com, mbinning1@mac.com | |
| 4 | • Kelly L Morrison  kelly.l.morrison@usdoj.gov | |
| 5 | • Gregory M Salvato  gsalvato@salvatolawoffices.com, | |
| 6 | calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com | |
| 7 | • Howard Steinberg  steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com | |
| 8 | • United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov | |
| 9 | • William J Wall  wwall@wall-law.com, goceguera@wall-law.com | |
| 10 | • Steven Werth  swerth@sulmeyerlaw.com, | |
| 11 | asokolowski@sulmeyerlaw.com;slee@sulmeyerlaw.com;slee@ecf.inforuptcy.com;asokolowski@ecf.infor | |
| 12 | uptcy.com;swerth@ecf.inforuptcy.com | |
| 13 | • Hatty K Yip  hatty.yip@usdoj.gov | |
| 14 | | |

| | | | |
|---|---|---|---|
| 15 | **Section II - Served Via U.S.** | Office Of The United States | ADP |
| 16 | **Mail:** | Trustee | Northern California |
| 17 | | Office of the United States | (Sacramento) |
| 18 | Debtor | Trustee | 9310 Tech Center Drive, Suite |
| 19 | BBeautiful, LLC | Attn: Kelly L. Morrison | 170 |
| 20 | 1361 Mountain View Circle | 915 Wilshire Blvd., Suite 1850 | Sacramento, CA 95826 |
| 21 | Azusa, CA 91702 | Los Angeles, CA 90017 | Phone: (916) 843-5600 |
| 22 | | | Fax: (916) 361-1268 |
| 23 | Ocean Blue Inc., | Office Of The United States | |
| 24 | Teamwork Packaging | Trustee | Creditors Holding 20 Largest |
| 25 | 494 E commercial Rd., | Attn: Hatty K. Yip | Unsecured Claims |
| 26 | San Bernardino, CA 92408 | 915 Wilshire Blvd., Suite 1850 | Federal Express |
| 27 | | Los Angeles, CA 90017 | Agent for Service of Process |
| 28 | | | C T Corporation System |

MOTION FOR ORDER DISALLOWING CLAIM OF OCEAN BLUE (CLAIM #2)

| | | | |
|---|---|---|---|
| 1 | 818 West Seventh St, Suite 930 | Fax: (310) 834-6420 | Telephone: (818) 341-6666 x |
| 2 | Los Angeles, CA 90017 | E-Mail: E-mail: | 238 or (805) 857-9046 |
| 3 | | scott@calwesternmfg.com | E-Mail: brian@dotgraphics.net |
| 4 | Federal Express | | terryc@dotgraphics.net |
| 5 | P.O. Box 7221 | FMK Labs | |
| 6 | Pasadena, CA 91109-7321 | Agent - Alex Minsung Kim | Successor Directors |
| 7 | Telephone: (800) 662-1147 | 1690 N Delilah St | Management LLC |
| 8 | E-Mail: | Corona, CA 92879 | Agent - Armin Arminak |
| 9 | BillingOnline@fedex.com | Telephone: (951) 736-1212 | 1125 E Broadway Ste. 85 |
| 10 | | E-Mail: anna@fmklabs.com | Glendale, CA 91205 |
| 11 | TrueERP Inc. | | Telephone: (818) 421-2514 |
| 12 | Agent - National Registered | Cosmetic Enterprises, Ltd | |
| 13 | Agents, Inc. | Agent - Randy S. Waier | PR Newswire / MultiVu |
| 14 | C T Corporation System | 20241 Birch Street, Suite 103 | G.P.O. Box 5897 |
| 15 | 818 West Seventh St, Suite 930 | Newport Beach, CA 92660 | New York, NY 10087-5897 |
| 16 | | | Telephone: (888) 753-6288 |
| 17 | Los Angeles, CA 90017 | Cosmetic Enterprises, Ltd | E-Mail: |
| 18 | TrueERP Inc. | 12846 Pierce St | Amanda.Dunn@prnewswire.co |
| 19 | 17744 Skypark Circle | Pacoima, CA 91331 | m |
| 20 | Irvine, CA 92614 | Telephone: (818) 896-5355 | |
| 21 | Telephone: (949) 474-4400 | E-Mail: | A & K Labels Inc. |
| 22 | E-Mail: | grants@zerranhaircare.com | Agent - Varoujan K Simonian |
| 23 | haziel.mitchell@trueerp.com | | 3177 Glendale Blvd |
| 24 | | Dot Graphics | Los Angeles CA 90039 |
| 25 | Cal Western / Vanitas Inc. | Brian Whiteman, President | Telephone: (323) 662-4511 |
| 26 | 21580 Wilmington Ave | 9655 De Soto Ave | Fax: (323) 913-2041 |
| 27 | Carson, CA 90810 | Chatsworth, CA 91311 | Website: www.aklabels.com |
| 28 | Telephone: (310) 834-8545 | | |

MOTION FOR ORDER DISALLOWING CLAIM OF OCEAN BLUE (CLAIM #2)

| | | |
|---|---|---|
| 1 | Repertonoire Consulting LLC – | E-Mail: | 200 W Evelyn Avenue |
| 2 | Compliance | RosaeZhuang@hotmail.com | Mountain View, CA 94041 |
| 3 | Attn: Melanie Cummings, | | Telephone: (650) 318-3551 |
| 4 | Regulatory Specialist | Select Staffing | E-Mail: |
| 5 | 32740 Ortega Hwy | Corporate Office | support@team.wrike.com |
| 6 | Lake Elsinore CA 92530 | 3820 State Street | |
| 7 | Telephone: (714) 334-3733 | Santa Barbara, CA 93105 | Panjiva Inc. |
| 8 | E-Mail: | | P.O. Box 674917 |
| 9 | melanie@repertoireconsulting.c | Select Staffing | Detroit, MI 48267-4917 |
| 10 | om | P.O. Box 512007 | Telephone: (646) 205-0594 |
| 11 | New Look Cosmetics | Los Angeles, CA 90051-0007 | |
| 12 | Agent - Amin A. Hoque | Telephone: (626) 331-6339 | Acorn Paper Products Company |
| 13 | 20200 Sunburst St | E-Mail: | 3686 E Olympic Blvd. |
| 14 | Chatsworth, CA 91311 | Adriana.Arias@select.com | Los Angeles CA 90023 |
| 15 | Telephone (818) 576-9888 | | Telephone: (323) 268-0507 |
| 16 | E-Mail: | Multiview Inc. | Fax: (323) 262-8517 |
| 17 | joannew@newlookcosmetics.co | 7701 Las Colinas Ridge, Suite | |
| 18 | m | 800 | Creative Age / Lauchpad |
| 19 | | Irving, TX 75063 | Agent - Deborah Carver, |
| 20 | Kindvast Paper Display Co., | Telephone: (972) 402-7070 | President and CEO |
| 21 | Ltd. | | 7628 Densmore Ave |
| 22 | Headquarters – Bldg A | Multiview Inc. | Van Nuys CA 91406 |
| 23 | No. 1 Furul Road | P.O. Box 202696 | Telephone: (818) 782-7328 |
| 24 | Fuyong Street | Dallas, TX 75320-2696 | E-Mail: |
| 25 | Shenzhen, Guangdong 518103 | E-Mail: ar@Multiview.com | dtimsit@creativeage.com |
| 26 | China | | |
| 27 | Telephone: 01186-755- | Wrike Inc. | 220 Labs |
| 28 | 27884116 ext 6 | Agent - Andrey Filev | Yoram Fishman |

MOTION FOR ORDER DISALLOWING CLAIM OF OCEAN BLUE (CLAIM #2)

| | | |
|---|---|---|
| 1 | 2375 3rd Street | E.R.S Security Alarm System, | California Franchise Tax Board |
| 2 | Riverside CA 92507 | Inc. | Attn: Colleen Berwick |
| 3 | Phone: (951) 683-2912 or (818) | 4538 Santa Anita Ave | Legal Division |
| 4 | 426-6411 | El Monte, CA 91731 | P.O. Box 1720 |
| 5 | Fax: (951) 683-0952 | Telephone: (626) 579-2525 | Rancho Cordova, CA 95741- |
| 6 | E-Mail: Jliberal@220labs.com | Fax: (626) 579-5225 | 1720; |
| 7 | | | Telephone (916) 845-3306 |
| 8 | | The Gas Company | Fax (916) 845-3648 |
| 9 | Utilities | Agent: Corporation Service | E-Mail: |
| 10 | Level (3) Communications | Company | colleen.berwick@ftb.ca.gov |
| 11 | Tw Telecom Holdings, LLC | dba CSC - Lawyers | |
| 12 | Agent: C T Corporation System | Incorporating Service | Creditors |
| 13 | (C0168406) | 2710 Gateway Oaks Dr., Suite | Bank Of America Merchant |
| 14 | 818 West 7th St | 150N | Services |
| 15 | Los Angeles, CA 90071 | Sacramento, CA 95833 | Agent - C T Corporation System |
| 16 | Telephone: (213) 996-5500 | | 818 West Seventh St, Suite 930 |
| 17 | | Southern California Gas | Los Angeles, CA 90017 |
| 18 | Athens Services | Company | Telephone: (800) 228-5882 |
| 19 | 14048 E. Valley Blvd. | 555 W 5th Street | |
| 20 | City Of Industry, CA 91746 | Los Angeles, CA 90013 | Bank Of America Merchant |
| 21 | Telephone: (888) 336-6100 | Telephone: (800) 427-2000 | Services |
| 22 | | | 1231 Durrett Lane |
| 23 | Azuza Light & Water | Taxes | Louisville, KY 40213 |
| 24 | 729 N Azusa Ave | IRS | Telephone: (800) 430-7161 |
| 25 | Azusa, CA 91702 | 300 N. Los Angeles St. | Tayo Okusanya, Vice President |
| 26 | Telephone: (626) 812-5225 | Los Angeles, CA 90012 | Senior Relationship Manager |
| 27 | | Telephone: (213) 576-3009 | Commercial Banking |
| 28 | | | |

MOTION FOR ORDER DISALLOWING CLAIM OF OCEAN BLUE (CLAIM #2)

| | | |
|---|---|---|
| 1 | Bank of America Merrill Lynch | New York, NY 10285 | c/o Anne Singer |
| 2 | Bank of America, N.A. | Telephone: (212) 640-2000 | A. Singer & Associates, Inc. |
| 3 | 35 N Lake Ave, 9th Floor | | 199 W. Hillcrest Dr. |
| 4 | Pasadena CA 91101 | Parties Asserting Litigation | Thousand Oaks, CA 91360 |
| 5 | Telephone: (626) 304-8556; | Claims | Telephone: (805) 375-2010 |
| 6 | Cell: (310) 567-6020 | Too Faced Cosmetics, LLC | |
| 7 | Fax: 1 (800) 384-1041 | c/o J. Rick Taché | Ocean Blue, Inc., dba |
| 8 | E-Mail: | Greenberg Traurig, LLP | Teamwork Packaging |
| 9 | Tayo.Okusanya@baml.com | 3161 Michelson Drive, Suite | c/o Robert A. Wilks |
| 10 | http://perspective.baml.com/tayo | 1000 | Law Offices Of Robert A. Wilks |
| 11 | .okusanya | Irvine, CA 92612 | 1801 Parkcourt Place, Suite F- |
| 12 | | Telephone: (949) 732-6500 | 102 |
| 13 | American Express Head Office | Fax: (949) 732-6501 | Santa Ana, CA 92701 |
| 14 | World Financial Center | | Telephone: (714) 838-2830 |
| 15 | 200 Vesey Street | Yes Online, Inc. | |

MOTION FOR ORDER DISALLOWING CLAIM OF OCEAN BLUE (CLAIM #2)

# EXHIBIT 1

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | Central District of California | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor:<br><br>Bbeautiful, LLC | Case Number:<br><br>2:16-bk-10799-ER | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Ocean Blue | **COURT USE ONLY** |
|---|---|
| Name and address where notices should be sent:<br>Lottie Cohen, Attorney at Law (SBN 094674)<br>2288 Westwood Boulevard Suite 216<br>Los Angeles, CA 90064<br><br>Telephone number: (424) 273-1069    email: Lottie.Cohen@hotmail.com | ☐ Check this box if this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>    (*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number:        email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:**    $_____26,213.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Collection for services rendered and goods produced_____
    (See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** | **3a. Debtor may have scheduled account as:**<br><br>_____<br>(See instruction #3a) | **3b. Uniform Claim Identifier (optional):**<br><br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>(See instruction #3b) |
|---|---|---|

| **4. Secured Claim** (See instruction #4)<br>Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐Real Estate  ☐Motor Vehicle  ☐Other<br>Describe:<br><br>**Value of Property:** $_____<br><br>**Annual Interest Rate**_____% ☐Fixed  or  ☐Variable<br>(when case was filed) | **Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**<br><br>$_____<br><br>**Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____<br><br>**Amount Unsecured:** $_____ |
|---|---|

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

| ☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B). | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4). | ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5). | Amount entitled to priority:<br><br>$_____ |
|---|---|---|---|
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7). | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8). | ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__). | |

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (04/13)                                                                                                        2

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

---

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.      ☑ I am the creditor's authorized agent.      ☐ I am the trustee, or the debtor,      ☐ I am a guarantor, surety, indorser, or other codebtor.
                                                                                or their authorized agent.             (See Bankruptcy Rule 3005.)
                                                                                (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Lottie Cohen
Title:         Attorney at Law (SBN 094674)
Company:       Law Office of Lottie Cohen                               *(Signature)*                              02/12/2016
Address and telephone number (if different from notice address above):                                              *(Date)*
    2288 Westwood Boulevard Suite 216
    Los Angeles, CA 90064

Telephone number: (424) 273-1069      email: Lottie.Cohen@hotmail.com
    *Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check the box if the claim is fully or partially secured. Skip this section if the

claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

Case 2:16-bk-10799-ER    Doc 125    Filed 09/07/16    Entered 09/07/16 12:51:15    Desc
Case 2:16-bk-10799-ER    Claim 2 Filed 02/12/16    Desc Main Document    Page 3 of 3
Main Document    Page 17 of 25

3

B10 (Official Form 10) (04/13)

| DEFINITIONS | | INFORMATION |

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# EXHIBIT 2

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 08/30/16                                                      DEPT. O

HONORABLE ROBERT A. DUKES            JUDGE   M. VASQUEZ            DEPUTY CLERK

HONORABLE                  JUDGE PRO TEM            ELECTRONIC RECORDING MONITOR
#4
         M. GARZA, C.A.      Deputy Sheriff   NONE                     Reporter

| | | | |
|---|---|---|---|
| 8:30 am | KC067328 | Plaintiff Counsel | No Appearance |
| | OCEAN BLUE INC., VS BBEAUTIFUL LLC., 12/08/14 | Defendant Counsel | JENNIFER S. ELKAYAM (X) |

**NATURE OF PROCEEDINGS:**

COURT'S ORDER TO SHOW CAUSE RE: SANCTIONS AND/OR DISMISSAL FOR PLAINTIFF AND DEFENDANT'S FAILURE TO APPEAR;

STATUS CONFERENCE RE: BANKRUPTCY;

    COURT'S ORDER OF DISMISSAL WITH PREJUDICE;

The matter is called for hearing.

There is no appearance by Plaintiff's Counsel this date.

No responsive declaration to the Order to Show Cause has been filed by Plaintiff's Counsel.

The Court determines that Plaintiff has abandoned the case.

On the Court's own motion, the matter is now Ordered Dismissed With Prejudice pursuant to Code of Civil Procedure section 575.2.

Status Conference Re: Bankruptcy is placed off calendar this date.

Clerk is directed to give notice.

Page   1 of  3   DEPT. O

MINUTES ENTERED
08/30/16
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | | DEPT. O |
|---|---|---|---|
| DATE: 08/30/16 | | | |
| HONORABLE ROBERT A. DUKES | JUDGE | M. VASQUEZ | DEPUTY CLERK |
| HONORABLE #4 | JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| M. GARZA, C.A. | Deputy Sheriff | NONE | Reporter |

| | | | |
|---|---|---|---|
| 8:30 am | KC067328 | Plaintiff Counsel | No Appearance |
| | OCEAN BLUE INC., VS BBEAUTIFUL LLC., 12/08/14 | Defendant Counsel | JENNIFER S. ELKAYAM (X) |

**NATURE OF PROCEEDINGS:**

It is so Ordered:

_Robert A. Dukes_ (signature)

Judge Robert A. Dukes

Date: August 30, 2016

CLERK'S CERTIFICATE OF MAILING

I, the below-named Executive Officer/Clerk of the
above-entitled court, do hereby certify that I am
not a party to the cause herein, and that on this
date I served the
MINUTE ORDER
upon each party or counsel named below by placing
the document for collection and mailing so as to
cause it to be deposited in the United States mail
at the courthouse in POMONA,
California, one copy of the original filed/entered
herein in a separate sealed envelope to each address
as shown below with the postage thereon fully prepaid,
in accordance with standard court practices.


Dated: AUGUST 30, 2016

Sherri R. Carter, Executive Officer/Clerk

MINUTES ENTERED
08/30/16
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE: 08/30/16 | | **DEPT.** O |
| HONORABLE ROBERT A. DUKES   JUDGE | M. VASQUEZ | DEPUTY CLERK |
| HONORABLE   JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| #4   M. GARZA, C.A.   Deputy Sheriff | NONE | Reporter |

| | | | |
|---|---|---|---|
| 8:30 am | KC067328 | Plaintiff Counsel | No Appearance |
| | OCEAN BLUE INC., VS BBEAUTIFUL LLC., | Defendant Counsel | JENNIFER S. ELKAYAM (X) |
| | 12/08/14 | | |

**NATURE OF PROCEEDINGS:**

By: _____
         M. VASQUEZ


LAW OFFICE OF LOTTIE COHEN
Attn: Lottie Cohen, Esq.
2288 Westwood Boulevard, Suite 216
Los Angeles, California 90064

BLECHER COLLINS PEPPERMAN & JOYCE
Attn: Maxwell M. Blecher, Esq.
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071


Page   3 of  3   DEPT. O

# EXHIBIT 3

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

Search


SURVEY

| Home | Online Services | Forms & Filings | Self-Help | Divisions | Jury | General Info |
|------|-----------------|----------------|-----------|-----------|------|--------------|
| | Pay Fines, Search Records... | Forms, Filing Fees... | Self-Rep, Info, FAQs... | Civil, Criminal, Family... | Jury Duty Portal, Q&A... | Courthouses, ADA, Local Rules... |

ONLINE SERVICES

# Case Summary

### CASE SUMMARY

PRINT    NEW SEARCH

Case Number: KC067328
OCEAN BLUE INC. VS BBEAUTIFUL LLC.,

Filing Date: 12/08/2014
Case Type: Breach Contrct/Warnty (Sellr Pltf) (General Jurisdiction)
Status: Dismissed for Lack of Prosecution 08/30/2016

### Future Hearings

None

Documents Filed | Proceeding Information

### Parties

BBEAUTIFUL LLC. - Defendant

BLECHER MAXWELL M. - Attorney for Defendant

CHRISLIE FORMULATION - Deft's DBA

COHEN LOTTIE ESQ. - Attorney for Plaintiff

OCEAN BLUE INC. - Plaintiff & Plaintiff in Pro Per

TEAMWORK PACKAGING - Deft's DBA

WILKS ROBERT A. ESQ - Former Attorney for Plaintiff

Case Information | Party Information | Proceeding Information

### Documents Filed (Filing dates listed in descending order)

**02/04/2016** Notice of Bankruptcy Stay
Filed by Attorney for Plaintiff

**02/02/2016** Notice of Bankruptcy Stay
Filed by Atty for Defendant and Cross-Compl

**02/01/2016** Notice of Change of Address
Filed by Attorney for Plaintiff

**12/03/2015** Substitution of Attorney
Filed by Plaintiff

**11/19/2015** Notice (OF OSC )
Filed by Attorney for Defendant

**11/18/2015** Ex-Parte Application and Order (RE: STIPULATION FOR ORDER CONTINUING TRIAL DATE, FSC DATE AND RELATED ORDERS )
Filed by Attorney for Plaintiff

**09/21/2015** Notice (OF ORDER GRANTING ATTY MOTION TO BE RELIEVED AS COUNSEL )
Filed by Attorney for Plaintiff

**09/15/2015** Order for Withdrawl as Attn of Rec
Filed by Former Attorney for Plaintiff

**09/15/2015** Declaration
Filed by Plaintiff

**08/27/2015** Motion to be Relieved as Counsel
Filed by Attorney for Plaintiff

**04/14/2015** Statement-Case Management
Filed by Attorney for Defendant

**04/03/2015** Statement-Case Management
Filed by Plaintiff

**02/13/2015** Answer to Complaint Filed
Filed by Attorney for Defendant

**01/30/2015** Notice
Filed by Attorney for Plaintiff

**01/13/2015** Rtn of Service of Summons & Compl
Filed by Plaintiff

**12/09/2014** Notice-Case Management Conference
Filed by Clerk

**12/09/2014** OSC-Failure to File Proof of Serv
Filed by Clerk

**12/08/2014** Complaint Filed

Case Information | Party Information | Documents Filed

**Proceedings Held** (Proceeding dates listed in descending order)

**08/30/2016** at 08:30 am in Department O, Dukes, Robert A., Presiding
Conference-Bankruptcy Status (C/F 6-16-16+OSC RE: SANCTIONS FOR PLAINTIFF'SAND/OR DEFENDANT'S
FTA AND/ORDISMISSAL) - **Order of Dismissal**

**06/16/2016** at 08:30 am in Department O, Dukes, Robert A., Presiding
Conference-Bankruptcy Status - **Matter continued**

**02/03/2016** at 09:00 am in Department O, Dukes, Robert A., Presiding
Court Order (RE: BANKRUPTCY STAY) - **Completed**

**11/18/2015** at 09:00 am in Department O, Dukes, Robert A., Presiding
Exparte proceeding (RE: STIPULATION FOR ORDERCONTINUING TRIAL DATE, FSC DATEAND RELATED
ORDERS) - **Motion Granted**

**11/16/2015** at 08:30 am in Department O, Dukes, Robert A., Presiding
Final Status Conference (CT 11-30-15) - **Completed**

**09/15/2015** at 08:30 am in Department O, Dukes, Robert A., Presiding
Motion to be Relieved as Counsel - **Motion Granted**

**04/28/2015** at 08:30 am in Department O, Dukes, Robert A., Presiding
Conference-Case Management - **Trial Set-No MSC**

Case Information | Party Information | Documents Filed | Proceeding Information

NEW SEARCH

Art Showcased in
Los Angeles Courthouse Jury Rooms



"Blue Label" by Nicola Kronstadt
2006 – 1st Place Teen



Privacy Statement | Disclaimer | Employment | ADA | Holidays | Copyright on our Website

Copyright 2011 Superior Court of California, County of Los Angeles