| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **MICHAEL JAY BERGER (State Bar # 100291)**<br>**LAW OFFICES OF MICHAEL JAY BERGER**<br>**9454 Wilshire Blvd. 6th Floor**<br>**Beverly Hills, CA 90212-2929**<br>**Telephone:    (310) 271-6223**<br>**Facsimile:    (310) 271-9805**<br>**michael.berger@bankruptcypower.com**<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Debtor | **FILED & ENTERED**<br><br>**OCT 13 2016**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez  DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| In re:<br><br>**BBeautiful, LLC**<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **2:16-bk-10799-ER**<br>CHAPTER: 11<br><br>**ORDER ON OBJECTIONS TO CLAIMS**<br><br>DATE: **October 12, 2016**<br>TIME: **10:00 a.m.**<br>COURTROOM: 1568<br>PLACE: 255 E. Temple St., Los Angeles, CA 90012 |

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, for the reasons set forth in the Court's tentative ruling, incorporated herein by full reference at docket number 131, and good cause appearing, the court makes the following ruling as to the objections to claims:

**(NOTES FOR USE OF THIS FORM**: *List claims in ascending numerical order based upon the clerk's claim number. Use a separate box below for each claim. Attach as many continuation pages as are necessary.)*

---

Calendar Number: 2     Claim Number: 2     Claim Amount: $26,213.00

Claimant Name: Ocean Blue, Inc.

☒ Disallowed     ☐ Allowed     ☐ Unsecured: $     ☐ Priority: $

Comments:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*         Page 1         F 3007-1.1.ORDER.OBJ.CLAIM

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured: $ | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured:$ | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured:$ | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured:$ | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured:$ | ☐ Priority: $ |
| Comments: | | |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 2     **F 3007-1.1.ORDER.OBJ.CLAIM**

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed   ☐ Allowed | ☐ Unsecured: | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed   ☐ Allowed | ☐ Unsecured: | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed   ☐ Allowed | ☐ Unsecured: | ☐ Priority: $ |
| Comments: | | |

###

Date: October 13, 2016

*[signature]*

Ernest M. Robles
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 3                    **F 3007-1.1.ORDER.OBJ.CLAIM**